UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

PAUL T. PAPADAKIS,

        Plaintiff,             **ANSWER**

  -against-                   Civil Action No.: 04-CV-285

CSX TRANSPORTATION, INC.,    DNH/DRH

        Defendant.
-------------------------------------------------------

U. S. DISTRICT COURT
N. D. OF N. Y.
FILED
JUN - 4 2004
AT_____O'CLOCK____M
LAWRENCE K. BAERMAN, Clerk
UTICA

04-30189-MAP

Defendant, CSX Transportation, Inc., by its attorneys, McNamee, Lochner, Titus & Williams, P.C. as and for its answer to plaintiff's complaint, states as follows:

## COUNT I

1.    With respect to the paragraph designated "1" of Count I of plaintiff's Complaint, defendant admits that it has a place of business within the Northern District of New York. Defendant denies the remainder of the allegations contained therein.

2.    With respect to the paragraph designated "2" of Count I of plaintiff's Complaint, defendant admits that it was a common carrier engaged in the business of interstate commerce. Defendant denies the remainder of the allegations contained therein.

3.    Defendant denies the paragraphs designated "3" and "4" of Count I of plaintiff's Complaint.

## COUNT II

4.    With respect to the paragraph designated "1" of Count II of plaintiff's Complaint, defendant admits that it has a place of business within the Northern District of New York. Defendant denies the remainder of the allegations contained therein.

E C F   D O C U M E N T
I certify that this is a printed copy of a document which was electronically filed with the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK.
LAWRENCE K. BAERMAN, CLERK
Dated: 9/9/04
By: _____ Deputy Clerk

5. With respect to the paragraph designated "2" of Count II of plaintiff's Complaint, defendant admits that it was a common carrier engaged in the business of interstate commerce. Defendant denies the remainder of the allegations contained therein.

6. Defendant denies the paragraphs designated "3" and "4" of Count II of plaintiff's Complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

7. The injuries and damages, if any, described in the complaint were caused and/or contributed to by plaintiff's own negligence, lack of ordinary care, and wrongful conduct, and without any negligence on the part of defendant contributing thereto.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

8. Plaintiff has failed to mitigate his damages.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

9. Defendant is entitled to an offset for any benefits received by plaintiff from collateral sources, including, but not limited to, benefits received pursuant to the Railroad Retirement Act.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

10. Plaintiff's injuries and damages, if any, were caused, in whole or in part, by a pre-existing condition, or other contributory or concurrent conditions or factors, including events occurring prior or subsequent to the incident alleged in the complaint.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE:

11. Plaintiff's complaint has split a single cause of action.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE:

12. Plaintiff's complaint should be dismissed as the venue of this action is improper and/or inconvenient.

WHEREFORE, defendant CSX Transportation, Inc., respectfully requests judgment herein dismissing plaintiff's complaint, together with costs and disbursements of this action, and such other and further relief as the court may deem just and proper.

DATED: June 4, 2004

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.

BY: s/_____
Scott A. Barbour
Bar Roll No.: 101080
Attorneys for Defendant
75 State Street, P.O. Box 459
Albany, New York 12201-0459
Tel. No.: (518) 447-3200

TO: Robert M. Byrne, Jr., Esq.
THORNTON & NAUMES, LLP
100 Summer Street, 30th Floor
Boston, Massachusetts 02110

Dale M. Thuillez, Esq.
THUILLEZ, FORD, GOLD & JOHNSON, LLP
20 Corporate Woods Boulevard, 6th floor
Albany, New York 12211

Attorneys for Plaintiff