UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL T. PAPADAKIS,<br>          Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br>          Defendant. | C.A. No.: 04-30189-MAP |

**NOTICE OF APPEARANCE**

To the Clerk of the above-captioned Court:

Kindly enter my general appearance on behalf of the defendant, New England Central Railroad, Inc., in the above-captioned matter. Kindly note that my appearance for New England Central Railroad is in addition to that of Attorney Flynn.

Respectfully submitted,

/s/ Bethany M. Machacek
Michael B. Flynn, BBO #559023
*mbflynn@flynnassoc.com*
Bethany M. Machacek, BBO #657237
*bmachacek@flynnassoc.com*
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA 02169
(617) 773-5500

Dated: October 12, 2004
G:\F & A\CASE FILES\CSX PI\Papadakis\Pleadings\BMM Notice of Appearance.doc