UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL T. PAPADAKIS,<br>       Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br>       Defendant. | C.A. No.: 04-30189-MAP |

## NOTICE OF APPEARANCE

To the Clerk of the above-captioned Court:

      Kindly enter my general appearance on behalf of the defendant, CSX Transportation, Inc. ("CSX"), in the above-captioned matter. Kindly note that my appearance for CSX is in addition to that of Attorney Machacek.

      Respectfully submitted,

      /s/ Michael B. Flynn
      Michael B. Flynn, BBO #559023
      *mbflynn@flynnassoc.com*
      Bethany M. Machacek, BBO #657237
      *bmachacek@flynnassoc.com*
      FLYNN & ASSOCIATES, P.C.
      400 Crown Colony Drive
      Suite 200
      Quincy, MA 02169
      (617) 773-5500

Dated: October 12, 2004
G:\F & A\CASE FILES\CSX PI\Papadakis\Pleadings\MBF Notice of Appearance.doc