UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL T. PAPADAKIS,<br>            Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br>            Defendant. | C.A. No.: 04-30189-MAP |

### DEFENDANT CSX TRANSPORTATION, INC.'S CORPORATE DISCLOSURE

The defendant, CSX Transportation, Inc. ("CSX") is wholly owned by CSX Corporation. Except for the foregoing, there are no other publicly held companies that own ten percent (10%) or more of CSX's stock.

CSX Corporation's stock is publicly traded.

Respectfully submitted,
CSX TRANSPORTATION, INC.,
By its attorneys,


/s/ Bethany M. Machacek
Michael B. Flynn, BBO #559023
*mbflynn@flynnassoc.com*
Bethany M. Machacek, BBO #657237
*bmachacek@flynnassoc.com*
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA 02169
(617) 773-5500

Dated: October 27, 2004
G:\F & A\CASE FILES\CSX PI\Papadakis\Pleadings\CSX Corporate Disclosure.doc