UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------X
PAUL T. PAPADAKIS,

        Plaintiff,

  -vs-                            CIVIL ACTION
                                    NO. 04-30189-MAP

CSX TRANSPORTATION, INC.,
        Defendant.

---------------------------------X

## RULE 16(D)(3) CERTIFICATION

    This is to certify that the Plaintiff, Paul T. Papadakis and his counsel, Attorney Robert M. Byrne, Jr., Thornton & Naumes LLP, have conferred to establish a budget for the full litigation of the above-captioned matter as well as a budget for various alternative courses. Thornton & Naumes LLP have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs and needs to develop further information before it can decide whether the case is appropriate for settlement, ADR or full litigation.

_____
PAUL T. PAPADAKIS

_____
THORNTON & NAUMES LLP