✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS _____

| | |
|---|---|
| PAUL PAPADAKIS | **NOTICE** |
| V. | |
| CSX TRANSPORTATION | CASE NUMBER:  04-30189-MAP |

TYPE OF CASE:

☒ **CIVIL**          **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

INITIAL SCHEDULING CONFERENCE

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **November 15, 2004 at 11:00 a.m.** | **November 22, 2004 AT 9:30 A.M.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| | |
|---|---|
| November 10, 2004 | /s/ *Bethaney A. Healy* |
| DATE | (BY) DEPUTY CLERK |

TO:   ALL  COUNSEL OF RECORD