

# Thuillez, Ford, Gold, Johnson & Butler
LIMITED LIABILITY PARTNERSHIP

Attorneys at Law

Dale M. Thuillez
dthuillez@tfgjlaw.com

20 Corporate Woods Boulevard, 6th Fl.
Albany, New York 12211
Telephone: (518) 455-9952
Telecopier: (518) 462-4031
www.tfgjlaw.com

November 16, 2004

Bethany A. Healy, Deputy Clerk
United States District Court
1550 Main Street
Springfield, MA 01103

Re:   Papadakis v. CSX Transportation, Inc.
      Our File Number 31.4001

Dear Ms. Healy:

    We have received a Notice from you regarding the above matter. Our role was simply to act as local attorney to Thornton Naumes Law Firm, 100 Summer Street 30th Floor, Boston, Massachusetts. Now that the case has been removed from the Northern District New York to your court, it is no longer necessary to copy us on correspondence.

    Would you therefore please remove us from your mailing list. Thank you.

Very truly yours,

THUILLEZ, FORD, GOLD, JOHNSON & BUTLER, LLP

Dale M. Thuillez

DMT/mys