UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL PAPADAKIS,                )
        Plaintiff       )
                               )
v.                             )    Civil Action No. 04-30189-MAP
                               )
                               )
CSX TRANSPORTATION,            )
        Defendant       )

SCHEDULING ORDER
November 22, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by November 29, 2004.

2. Motions to amend and/or supplement the pleadings, including motions to add parties, shall be filed by February 28, 2005.

3. All written discovery shall be completed by March 31, 2005.

4. Non-expert depositions shall be completed by September 30, 2005.

5. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by August 31, 2005.

6. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by October 14, 2005.

7. All expert depositions shall be completed by December 30, 2005.

8. Counsel shall appear for a case management conference on January 5, 2006, at 10:00 a. m. in Courtroom Three.

IT IS SO ORDERED.

DATED: November 22, 2004

       /s/ Kenneth P. Neiman
      KENNETH P. NEIMAN
      U.S. Magistrate Judge