UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

U.S. DISTRICT COURT

```
-------------------------------------------------X
PAUL T. PAPADAKIS,
                                          :
              PLAINTIFF                              CIVIL ACTION
                                          :         NO.: 04-30189-MAP
VS.
                                          :
CSX TRANSPORTATION,
                                          :
              DEFENDANT
-------------------------------------------------X
```

## MOTION FOR AN ORDER COMPELLING PRODUCTION OF DOCUMENTS ON THE DEFENDANT, CSX TRANSPORTATION, INC.

Pursuant to Rule 37(a)(2) of the Massachusetts Rules of Civil Procedure, the plaintiff, Paul Papadakis, moves this Court to order the defendant, CSX Transportation, Inc., to produce, within 30 days, the documents described in Plaintiff's Request for Production of Documents to the Defendant, CSX Transportation, Inc., and to permit the inspection and copying requested therein. A copy of said Request for Production is attached.

In support of this Motion the plaintiff, Paul Papadakis, states that the Requests for Production were served on the defendant, CSX Transportation, Inc., on March 7, 2005. The defendant,

CSX Transportation, Inc., has failed to serve or file written responses thereto within the time required by Rule 34(b).

Plaintiff also states that he has made several attempts in resolving this matter, but the Defendant has failed to respond.

Respectfully Submitted,

Robert M. Byrne, Jr., Esq.
**THORNTON & NAUMES**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333
BBO# 068620

## CERTIFICATE OF SERVICE

I, Robert M. Byrne, Jr., hereby certify that on March 7, 2005, I served a copy of the within Motion For an Order Compelling Production of Documents on the Defendant, CSX Transportation, Inc., upon the defendant by mailing, first class, postage prepaid, to:

Michael B. Flynn, Esq.
Flynn & Associates, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA 02169

March 7, 2005
DATE

Robert M. Byrne, Jr.