ATTORNEYS AT LAW

# Thornton & Naumes LLP

Michael P. Thornton (NH, ME & MA)
John T. Barrett (NH & MA)
Robert T. Naumes
Neil T. Leifer (ME, NJ & MA)
David J. McMorris (NY & MA)
Edwin L. Wallace
Robert M. Byrne, Jr.
David C. Strouss
Joseph R. Donohue (ME & MA)
Patricia M. Flannery
Andrew S. Wainwright
Michael A. Lesser
Marilyn T. McGoldrick
Garrett J. Bradley
Brad J. Mitchell
Kristen Marquis Fritz
Zoran Malesevic
Allyson S. Hauck

Of Counsel
Elizabeth M. Shost
Admitted in NY & PA only

100 Summer St. • 30th Floor • Boston, MA 02110 • 617-720-1333
Toll Free 800-431-4600   FAX# 617-720-2445
www.tenlaw.com

April 1, 2005

Attn: Civil Clerk's Office
U.S.D.C. of Massachusetts
Federal Bldg. & Courthouse
1550 Main Street
Springfield, MA 01103

RE:   Paul T. Papadakis v. CSX Transportation, Inc.
      Civil Action No.: 04-30189-MAP

Dear Sir/Madam:

Please be advised that Defendant's counsel, Flynn & Associates, has supplemented its Answers to Request for Production of Documents and we therefore, withdraw our **Motion to Compel Answers to Request for Production of Documents** concerning the above titled matter.

Thank you for your attention to this matter.

Very truly yours,

Robert M. Byrne, Jr.

RMB/ddr
cc: Bethany Machacek, Esq.