UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL T. PAPADAKIS,<br>   Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br>   Defendant. | C.A. No.: 04-30189-MAP |

## NOTICE OF WITHDRAWAL

To the Clerk of the above mentioned Court:

With reference to the above entitled action, kindly withdraw my appearance as co-counsel for the defendant, CSX Transportation, Inc.  Please note that Attorney Michael B. Flynn, FLYNN & ASSOCIATES, P.C., <u>remains counsel</u> for the defendant, CSX Transportation, Inc.

            Respectfully Submitted,

            /s/ Bethany M. Machacek
            Michael B. Flynn, BBO #559023
            Bethany M. Machacek, BBO #657237
            FLYNN & ASSOCIATES, P.C.
            400 Crown Colony Drive, Suite 200
            Quincy, MA 02169
            (617) 773-5500

Dated: <u>August 16, 2005</u>
G:\F & A\CASE FILES\CSX PI\Papadakis\Pleadings\BMM Withdrawal.doc