UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL T. PAPADAKIS,<br>        Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br>        Defendant. | C.A. No.: 04-30189-MAP |

## NOTICE OF APPEARANCE

To the Clerk of the above-captioned Court:

Kindly enter my general appearance on behalf of the defendant, New England Central Railroad, Inc., in the above-captioned matter.  Kindly note that my appearance for New England Central Railroad is in addition to that of Attorney Flynn.

                                              Respectfully submitted,

                                              /s/ Valerie A. Murphy
                                              Michael B. Flynn, BBO #559023
                                              *mbflynn@flynnassoc.com*
                                              Valerie A. Murphy, BBO #661460
                                              *vmurphy@flynnassoc.com*
                                              FLYNN & ASSOCIATES, P.C.
                                              400 Crown Colony Drive
                                              Suite 200
                                              Quincy, MA 02169
                                              (617) 773-5500

Dated: September 12, 2005
G:\F & A\CASE FILES\CSX PI\Papadakis\Pleadings\VAM Notice of Appearance.doc