UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

PAUL T. PAPADAKIS,
        Plaintiff,

v.

CSX TRANSPORTATION, INC.,
        Defendant.

C.A. No.: 04-30189-MAP

### THE DEFENDANT, CSX TRANSPORTATION, INC.'S, ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE PLAINTIFF'S MOTION TO COMPEL ADEQUATE AND COMPLETE RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS

The defendant, CSX Transportation, Inc. ("CSX") hereby submits this *Assented to Motion for an Extension of Time to Respond to the Plaintiff's Motion to Compel Adequate and Complete Responses to Plaintiff's Requests for Admissions* ("*Motion*"). As grounds therefore, the defendant states as follows:

Upon receipt of the plaintiff's *Motion to Compel Adequate and Complete Responses to Plaintiff's Requests for Admissions*, counsel for the defendant was unable to respond in a timely manner due to an impending trial in another matter. Therefore, counsel for the plaintiff has agreed to allow the defendant until September 26, 2005, by which to respond to plaintiff's *Motion to Compel Adequate and Complete Responses to Plaintiff's Requests for Admissions*.

2

WHEREFORE, the parties respectfully request that this Honorable Court allow said Motion, and allow CSX to respond to plaintiff's *Motion to Compel Adequate and Complete Responses to Plaintiff's Requests for Admissions* by September 26, 2005.

| | |
|---|---|
| Respectfully submitted,<br>The Plaintiff,<br>PAUL T. PAPADAKIS,<br>By his attorney, | The Defendant,<br>CSX TRANSPORTATION, INC.,<br>By its attorneys, |
| /s/ Robert M. Byrne<br>Robert M. Byrne, Jr., Esq., BBO# 068620<br>THORNTON & NAUMES<br>100 Summer Street, 30th Floor<br>Boston, MA 02110<br>(617) 720-1333 | /s/ Valerie A. Murphy<br>Michael B. Flynn, Esq., BBO# 559023<br>Valerie A. Murphy, Esq., BBO# 661460<br>FLYNN & ASSOCIATES, P.C.<br>400 Crown Colony Drive, Suite 200<br>Quincy, MA 02169<br>(617) 773-5500 |

Dated: September 12, 2005

G:\F & A\CASE FILES\CSX PI\Papadakis\Pleadings\CSX Assented to Motion to Extend Time to Respond to Pl's Motion to Compel admissions.doc