# Exhibit "1"

# FLYNN & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

MICHAEL B. FLYNN*
RICHARD A. DAVIDSON, JR.
LORI A. WIRKUS⁺
JOHN E. YOUNG, IV
VALERIE A. MURPHY

*also admitted in NY
⁺also admitted in CT

OF COUNSEL:
DURKIN, MCDONNELL,
CLIFTON & O'DONNELL

400 CROWN COLONY DRIVE
SUITE 200
QUINCY, MASSACHUSETTS 02169
TELEPHONE (617)773-5500
FACSIMILE (617)773-5510
E-MAIL: flynnlaw@flynnassoc.com

BOSTON OFFICE:
160 STATE STREET
EIGHTH FLOOR
BOSTON, MA 02109
TEL: (617)722-8253
FAX: (617)722-8254

DETROIT OFFICE:
PENOBSCOT BUILDING
645 GRISWOLD STREET, SUITE 3253
DETROIT, MI 48226
TEL: (313)963-3033
FAX: (313)963-3011

September 26, 2005

***Via Facsimile and U. S. Mail***
Robert M. Byrne, Jr.
Thornton & Naumes LLP
100 Summer Street
30th Floor
Boston, MA 02110

RE:   Paul T. Papadakis v. CSX Transportation, Inc.
      U.S.D.C., C.A. No.: 04-30189-MAP

Dear Bob:

This letter serves as confirmation of our agreement to extend the filing date in the above-captioned matter for our *Opposition to Plaintiff's Motion to Compel Defendant's Adequate and Complete Responses to Plaintiff's Request for Admissions* to Wednesday, September 28, 2005.

Thank you for your attention to this matter.

Sincerely,

Valerie A. Murphy

VAM
cc:   Gary Baker
      Michael B. Flynn, Esq.

G:\F & A\CASE FILES\CSX PT\Papadakis\Correspondence\attorney\9-26-05 - Byrne Ltr re ext filing date.doc