**From:** ECFnotice@mad.uscourts.gov
**Sent:** Friday, October 14, 2005 3:50 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 3:04-cv-30189-MAP Papadakis v. CSX Transportation, Inc. "Order on Motion for Extension of Time to Complete Discovery"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Neiman, Kenneth entered on 10/14/2005 at 3:49 PM EDT and filed on 10/14/2005
**Case Name:**         Papadakis v. CSX Transportation, Inc.
**Case Number:**       3:04-cv-30189
**Filer:**
**Document Number:**

**Docket Text:**
Judge Kenneth P. Neiman : ElectronicORDER entered granting in part and denying in part [39] Defendant's Motion for an Order that Plaintiff Submit to a Physical Examination and to Extend Discovery as follows: (a) Defendant may require Plaintiff to submit to an examination by Dr. Feldmann at a mutually agreeable time, but no later than November 15, 2005, and (b) Dr. Feldmann, if retained as an expert, shall be designated and his expert report produced no later than December 2, 2005; in all other respects, Defendant's motion is denied. The court also denies [41] Defendant's Motion to Excuse Expert Disclosures Regarding Peter Ebert, it being evident that he will be offering testimony beyond the routine maintenance he had been providing. See Garcia v. City of Springfield Police Department, -- F.R.D. --, 2005 WL 1952864 (D. Mass. August 16, 2005) (modifying Thomas v. Consolidated Rail Corp., 169 F.R.D. 1 (D. Mass 1996)). Mr. Ebert's expert disclosures ahall be produced no later! than December 2, 2005. Finally, the court hereby grants [42] Defendant's Motion for Extension of Time to Disclose Liability Expert, said disclosures to be made no later than December 2, 2005. There shall be no further extensions. (Neiman, Kenneth)

The following document(s) are associated with this transaction:

**3:04-cv-30189 Notice will be electronically mailed to:**

Robert M. Byrne , Jr    rbyrne@tenlaw.com

Michael B. Flynn    mbflynn@flynnassoc.com

Valerie A. Murphy    vmurphy@flynnassoc.com

Robert T. Naumes    rnaumes@tenlaw.com

**3:04-cv-30189 Notice will not be electronically mailed to:**

Scott A. Barbour
McName, Lochner, Titus & Williams
75 State Street
PO BOx 459
Albany, NY 12201-0459