UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

PAUL T. PAPADAKIS,
      Plaintiff,

v.

CSX TRANSPORTATION, INC.,
      Defendant.

C.A. No.: 04-30189-MAP

## AFFIDAVIT OF EDWARD FELDMANN, M.D.

I, Edward Feldmann, of Providence, Rhode Island, do hereby swear and depose as follows:

1. I am a board-certified, licensed, doctor of medicine and I practice at Rhode Island Hospital; I am also a Professor in the Department of Clinical Neurosciences at Brown University School of Medicine in Providence, Rhode Island;

2. I was retained by CSX Transportation, Inc., to conduct an Independent Medical Examination (IME) of Paul T. Papadakis;

3. Mr. Papadakis was scheduled for his IME this morning at 11:00 AM, in my office at 110 Lockwood Street, Providence, Rhode Island;

4. When Mr. Papadakis arrived, I explained to him that I would need to obtain a medical history from him and conduct a physical examination to complete the IME;

5. Mr. Papadakis stated that he refused to answer any questions; that his lawyer had instructed him not to answer any questions;

6. I explained to Mr. Papadakis that I would be unable to perform the IME without obtaining a medical history from him and asking him questions about his condition;

7. I then gave Mr. Papadakis an opportunity to contact his lawyer; he again refused to answer any questions whatsoever, and rejected my offer to contact same;

8. I informed him I would be unable to conduct the IME without his medical history, at which point he left my office.

Signed under the pains and penalties of perjury this 8th day of November, 2005.

_____
Dr. Edward Feldmann, M.D.