C

Page 1

UNITED STATES DISTRICT COURT

for the

DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PAUL T. PAPADAKIS,                *

    Plaintiff               *

  vs.                              *   C.A. No.: 04-30189-MAP

CSX TRANSPORTATION, INC.,         *

    Defendant               *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF:  PAUL T. PAPADAKIS

CATUOGNO COURT REPORTING SERVICES

1414 Main Street

Springfield, Massachusetts

May 16, 2005    9:55 A.M.

Kelly M. Bruce

COURT REPORTER