UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL T. PAPADAKIS,<br>          Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br>          Defendant. | C.A. No.: 04-30189-MAP |

**ASSENTED TO MOTION TO RESCHEDULE
CASE MANAGEMENT CONFERENCE**

   The defendant, CSX Transportation, Inc., in the above-captioned action, submits the following Assented to Motion to Reschedule the Case Management Conference from January 5, 2006, to January 6, 2006, at 11:00 AM. In support thereof, the defendant states that it's counsel has a conflict on January 5, 2006 in another matter, and that defendant's counsel is already scheduled to appear in front of Judge Neiman on January 6, 2006, in another matter (<u>Beebe v. Housatonic Railroad Co.</u>, Docket No.: 05-30251).

   WHEREFORE, the defendant asks that the case management conference currently scheduled for January 5, 2006 at 10:00 AM be changed to January 6, 2006, at 11:00 AM.

Respectfully submitted,

| The plaintiff:<br>PAUL T. PAPADAKIS,<br>by his attorneys, | The defendant:<br>CSX TRANSPORTATION, INC.,<br>by its attorneys, |
|---|---|
| /s/ Robert M. Byrne, Jr.<br>Robert M. Byrne, Jr., BBO# 368620<br>Robert T. Naumes, BBO# 367660<br>Thornton & Naumes, LLP<br>100 Summer St., 30th Floor<br>Boston, MA 02110<br>(617) 720-1333<br>Dated: December 14, 2005 | /s/ Valerie A. Murphy<br>Michael B. Flynn, BBO# 559023<br>Valerie A. Murphy, BBO# 661460<br>FLYNN & ASSOCIATES, PC<br>400 Crown Colony Drive, Suite 200<br>Quincy, MA 02169<br>(617) 773-5500 |

G:\F & A\CASE FILES\CSX PI\Papadakis\Pleadings\assented to motion to change case mgt conf 12-13-05.doc