UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------X
PAUL PAPADAKIS,                              :
                                             :         CIVIL ACTION
                                             :         NO: 04-30189-MAP
          Plaintiff,                         :
                                             :
     -vs-                                    :
                                             :
CSX TRANSPORTATION, INC.                     :
                                             :
          Defendant.                         :
                                             :
---------------------------------------------------------X

## ASSENTED TO MOTION TO EXTEND EXPERT DEPOSITION DEADLINE

Now comes the Plaintiff in the above entitled action and with the assent of the Defendant respectfully moves the court for leave to depose the Defendant's designated expert medical witness, Edward Feldmann, M.D. after the close of the expert witness deposition deadline. In support thereof, the Plaintiff says that the scheduling order in this matter directed that all expert discovery depositions be completed by December 31, 2005. Although Dr. Feldmann was disclosed as a potential expert witness on October 14, 2005, he did not perform a physical examination of the Plaintiff until November 14, 2005. Whereafter on December 14, 2005, the Plaintiff was served with Dr. Feldmann's report. The parties then attempted to schedule Dr. Feldmann's deposition to take place before the December 31 deadline, but due to other scheduled depositions, as well as the holidays and Dr. Feldmann's own vacation schedule, the

earliest possible date that the parties could conduct the deposition is January 5, 2006. With the court's permission, the parties have mutually agreed to take Dr. Feldmann's deposition on that date.

Wherefore, the Plaintiff respectfully moves the court for leave to depose Dr. Feldmann on January 5, 2006.

DATED: 12/29/05

PAUL PAPADAKIS
By his attorney,

Robert M. Byrne, Jr., Esq.
THORNTON & NAUMES
100 Summer Street, 30th Fl.
Boston, MA 02110
(617) 720-1333
BBO#: 068620

ASSENTED TO:

DATED: 12/29/05

Valerie Murphy, Esq.
FLYNN & ASSOCIATES, PC
400 Crown Colony Plaza, Suite 200
Quincy, MA 02169
(617) 773-5550

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
PAUL PAPADAKIS,                                  :         CIVIL ACTION
                                                                         NO: 04-30189-MAP
      Plaintiff,
                                                                :
-vs-
                                                                :
CSX TRANSPORTATION, INC.

      Defendant.                                :
---------------------------------------------------------------X

## ASSENTED TO MOTION TO EXTEND EXPERT DEPOSITION DEADLINE

    Now comes the Plaintiff in the above entitled action and with the assent of the Defendant respectfully moves the court for leave to depose the Defendant's designated expert medical witness, Edward Feldmann, M.D. after the close of the expert witness deposition deadline. In support thereof, the Plaintiff says that the scheduling order in this matter directed that all expert discovery depositions be completed by December 31, 2005. Although Dr. Feldmann was disclosed as a potential expert witness on October 14, 2005, he did not perform a physical examination of the Plaintiff until November 14, 2005. Whereafter on December 14, 2005, the Plaintiff was served with Dr. Feldmann's report. The parties then attempted to schedule Dr. Feldmann's deposition to take place before the December 31 deadline, but due to other scheduled depositions, as well as the holidays and Dr. Feldmann's own vacation schedule, the

earliest possible date that the parties could conduct the deposition is January 5, 2006. With the court's permission, the parties have mutually agreed to take Dr. Feldmann's deposition on that date.

Wherefore, the Plaintiff respectfully moves the court for leave to depose Dr. Feldmann on January 5, 2006.

PAUL PAPADAKIS
By his attorney,

DATED: 12/29/05

Robert M. Byrne, Jr., Esq.
THORNTON & NAUMES
100 Summer Street, 30th Fl.
Boston, MA 02110
(617) 720-1333
BBO#: 068620

ASSENTED TO:

DATED: _____

Valerie Murphy, Esq.
FLYNN & ASSOCIATES, PC
400 Crown Colony Plaza, Suite 200
Quincy, MA 02169
(617) 773-5550