UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------X
PAUL T. PAPADAKIS,

        PLAINTIFF                       CIVIL ACTION
                                                 NO.: 04-30189-MAP
VS.

CSX TRANSPORTATION,

        DEFENDANT
-------------------------------------------------------X

## PLAINTIFF'S FEDERAL RULES OF CIVIL PROCEDURE 26(a)(3) AMENDED PRE-TRIAL DISCLOSURES

A.    The name and address and telephone number of each witness the Plaintiff may call at the time of trial.

        1.    Paul Papadakis, Plaintiff
              54 Carmel Lane
              Feeding Hills, MA

        2.    Kathleen Papadakis
              54 Carmel Lane
              Feeding Hills, MA

        3.    Richard G. Ross
              15 Tina Lane
              Westfield, MA

        4.    James Cronin, C.O., CSX, Potential
              Westfield, MA

        5.    Barbara Dunbar, RN, Potential
              C.O., CSX
              Selkirk, NY

        6.    Rebecca Savoie, C.O., CSX, Potential
              Charlotte, NC

        7.    Peter Ebert
              435 Newry St.

       Greenville, NY

8.   Ronald Jette
     13 Northwest Road
     Spencer, MA

9.   James Santillo
     Feeding Hills, MA

10.   James Lamb
      Westfield, MA

11.   Richard Spatafore, Potential
      Albany, NY

12.   David J. Evers
      41 Longwood Drive
      Clifton Park, NY

13.   Richard L. Sanderson
      55 Linsley St.
      Branford, CT

14.   Franklyn H. Carrington, MD
      Internal Medicine, PC
      377 Walnut Street
      Agawam, MA

15.   Jeff Crother, C.O., CSX

16.   John Richard, C.O., CSX
      413-568-2966

17.   Everett Cooley, C.O., CSX

18.   David Caron, C.O., CSX, Potential

19.   Anthony Riccardi
      292 Washington Ave, Ext
      Albany, NY

20.   Leona Liberty, Ph.D.

        120 Defreest Drive
        Troy, NY

21.    Lawrence H. Field, MD
       780 Chestnut Street
       Springfield, MA

22.    R. Scott Cowan, MD
       Northeast Orthopedic Surgeons
       300 Carew Street
       Springfield, MA

23.    Paul B. Markarian, MD
       Bay State MRI & Imaging Center
       3300 Main Street
       Springfield, MA

24.    Brad Winter or other representative of the
       BMWE
       Danvers, MA

B.    PLAINTIFF'S EXHIBIT LIST

1.    Employee's incident report, dated June 15, 2001;

2.    Personal injury/occupational illness report dated June 15, 2001;

3.    Employee incident/injury root cause analysis report;

4.    TNT Repair, Inc. invoice regarding subject vehicle;

5.    CSX safety rules;

6.    Fairmount Railway Motors Operators Service and Parts manual;

7.    Fairmount Railway Motors Operators Service and Parts manual;

8.    Fairmount Railway Motors Operators Service and Parts manual;

9.    Memo from D.J. Evers, marked at Evers deposition as Exhibit 4;

10.    Various photographs of the subject vehicle taken by Ernest Gailor during his inspection;

11. CSX Transportation safety rules and company policies and programs for the transportation department, dated October 1, 2001;

12. Medical records of Franklyn Carrington, MD, Internal Medicine, PC, 377 Walnut Street Extension, Agawam, MA;

13. Medical records of Lawrence H. Field, MD, Physical Medicine Rehabilitation, 780 Chestnut Street, Springfield, MA;

14. Medical records of Thomas Kaye, MD, Valley Neurological Surgery, PC., 300 Stafford Street, Springfield, MA;

15. Medical records of Pain Management Center, 3400 Main Street, Springfield, MA

16. Medical records of R. Scott Cowan, MD, Orthopedic Surgeons, 300 Bernie Avenue, Springfield, MA;

17. Medical records, Lahey Clinic, Bernard Pheifer, MD, 41 Mall Road, Burlington, MA;

18. Medical records, Springfield Anesthesia Services, Inc.;

19. Medical records, Baystate MRI Imaging Center, 3300 Main Street, Springfield, MA;

20. Medical records, Paul Markarian, MD, Baystate MRI & Imaging Center, 3300 Main Street, Springfield, MA;

21. Medical records, Mercy Medical Center,

22. VHS video tape by Harsco Track Technologies, "Operation Instructions for Light Duty Hy-Rail Guidewheel Equipment", Tape # V1-093. Released April 2001;

23. Paul Papadakis federal income tax returns for the tax period 1997-2001;

24. Brotherhood of Maintenance and Way fringe benefit statement;

25. Worklife tables promulgated by the United States Department of Labor;

26. Life expectancy tables promulgated by the United States Department of Health;

27. CSX medical department health records regarding Paul Papadakis;

28. Harsco Track Technology service bulletin, No. 05012;

29. Three Fairmount Hy-Rail operating bars of the type depicted in the Fairmount Operators Manual;

30. TNT Repair, Inc., notebook notation of Kevin Krouse concerning hy-rail vehicle no.: 500285;

31. Statement of Paul Papadakis given to CSX employee Rebecca Savoie;

32. Various photographs of the subject vehicle taken by Joe E. Kent;

Respectfully Submitted,

*Robert M. Byrne Jr.*
Robert M. Byrne, Jr., Esq.
**THORNTON & NAUMES**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333
BBO# 068620

CERTIFICATE OF SERVICE

I, Robert M. Byrne, Jr., hereby certify that on March 27, 2006, I served a copy of the within Plaintiff's Federal Rules of Civil Procedure 26(a)(3) Amended Pre-Trial Disclosures Statement upon the defendant by mailing, first class, postage prepaid, to:

Michael B. Flynn, Esq.
Flynn & Associates, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA 02169

_3/27/06_          *Robert M. Byrne Jr.*
DATE               Robert M. Byrne, Jr.