UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL T. PAPADAKIS,<br>            Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br>            Defendant. | C.A. No.: 04-30189-MAP |

### THE DEFENDANT, CSX TRANSPORTATION, INC.'S, ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS

The defendant, CSX Transportation, Inc. ("CSX") hereby submits this *Assented to Motion for an Extension of Time to File Pre-Trial Motions* ("*Motion*").  As grounds therefore, the defendant states as follows:

Pursuant to the *Procedural Order Re: the Final Pre-trial Conference/Trial* dated January 11, 2006, the parties' pre-trial motions, i.e. motions in limine, for a view, etc., are due Monday, April 17, 2006.  Due to counsel for the defendant's trial schedule and the holiday weekend, counsel for the plaintiff has agreed to extend the deadline for filing said motions to Friday, April 21, 2006.

WHEREFORE, the parties respectfully request that this Honorable Court allow said Motion, and allow the parties to file their pre-trial motions, i.e. motions in limine, for a view, etc. by April 21, 2006.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff, | The Defendant, |
| PAUL T. PAPADAKIS, | CSX TRANSPORTATION, INC., |
| By his attorney, | By its attorneys, |
| | |
| /s/ Robert M. Byrne | /s/ Valerie A. Murphy |
| Robert M. Byrne, Jr., Esq., BBO# 068620 | Michael B. Flynn, Esq., BBO# 559023 |
| THORNTON & NAUMES | Valerie A. Murphy, Esq., BBO# 661460 |
| 100 Summer Street, 30th Floor | FLYNN & ASSOCIATES, P.C. |
| Boston, MA 02110 | 400 Crown Colony Drive, Suite 200 |
| (617) 720-1333 | Quincy, MA 02169 |
| | (617) 773-5500 |

Dated: April 14, 2006
G:\F & A\CASE FILES\CSX PI\Papadakis\Pleadings\CSX Assented to Motion to Extend Time to file mils4-13-06.doc