UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------X
PAUL T. PAPADAKIS,

       PLAINTIFF                                       CIVIL ACTION
                                                   NO.: 04-30189-MAP
VS.

CSX TRANSPORTATION,

       DEFENDANT
-----------------------------------------------------X

### PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

This action has been brought by the Plaintiff pursuant to the Federal Employers' Liability Act 45 U.S.C. §51 et seq., The Plaintiff seeks compensatory damages for personal injuries he claims to have sustained on June 13, 2001 while employed by the Defendant as a trackman/inspector at or near mile post 74, Warren, Massachusetts. The parties agree that the Plaintiff was employed by the Defendant. The parties further agree that the Defendant, CSX Transportation, Inc. (hereinafter "CSX"), is a railroad within the meaning of that law and at the time and place alleged the Plaintiff was engaged in the performance of his assigned duties and together the parties were involved in interstate commerce.

CSX has answered the Plaintiff's complaint denying legal liability for the Plaintiff's alleged injuries and further answered by saying the Plaintiff's injuries were caused by the Plaintiff himself.

1.      Has any of you or your immediate family been employed by Defendant or any

other railroad, and if so, in what capacity?

2.  Are any of you acquainted with the Plaintiff, Paul Papadakis, or any of the lawyers for the parties? If so, explain the circumstances of the acquaintance.

3.  Has any of you or your immediate family been treated by or had a relationship with any of the medical witnesses in this case?

    a.  Barbara Dunbar, RN, Potential
        C.O., CSX
        Selkirk, NY

    b.  Franklyn H. Carrington, MD
        Internal Medicine, PC
        377 Walnut Street
        Agawam, MA

    c.  Lawrence H. Field, MD
        780 Chestnut Street
        Springfield, MA

    d.  R. Scott Cowan, MD
        Northeast Orthopedic Surgeons
        300 Carew Street
        Springfield, MA

    e.  Paul B. Markarian, MD
        Bay State MRI & Imaging Center
        3300 Main Street
        Springfield, MA

    f.  Representatives of Baystate MRI and Imaging Center
        3300 Main Street
        Springfield, MA

    g.  Bernard Pfeifer, M.D.
        Lahey Clinic
        41 Mall Road
        Burlington, MA

    h.       Shan Li, M.D.
             Baystate MRI and Imaging Center
             3300 Main Street
             Springfield, MA

    i.        David Mernoff, M.D.
             and/or other representatives of Mercy Hospital
             299 Carew Street
             Springfield, MA

    j.        Edward Feldmann, M.D.
             110 Lockwood Street, Suite 324
             Providence, RI 02093
             401-444-8806

4.     Even though the Federal Law applicable in this case prescribes the method for an injured railroad man to recover damages, does any of you object to an employee suing an employer for damages arising out of an alleged injury occurring in this course of the employment?

5.     Is each of you capable of deciding issues in this case solely on the evidence without bias to either the Plaintiff or the Defendant?

6.     Has any of you had a claim or law suit for damages brought against you or your immediate family, or has any of you been involved in litigation as a party, witness or juror or has any of you or your immediate family been employed in any way with defending personal injury law suits?

7.     Have any of you been the Defendant in a legal proceeding or had a claim brought

against you by someone seeking money damages for allegations of an injury caused by you?

8. Do any of you, the prospective jurors, have a hearing problem or any other physical difficulty that might seriously interfere with your ability to sit on this jury for three days?

9. Do any of you have reason not to be a juror?

10. This trial may last for seven to eight days. Is there anyone in this jury panel who would suffer a serious personal hardship if required to serve on the jury?

11. Is any member of the panel acquainted with any of the following individuals, who may be called as witnesses in this case: either in person or by record testimony?

    1. Paul Papadakis, Plaintiff
       54 Carmel Lane
       Feeding Hills, MA

    2. Kathleen Papadakis
       54 Carmel Lane
       Feeding Hills, MA

    3. Richard G. Ross
       15 Tina Lane
       Westfield, MA

    4. James Cronin, C.O., CSX, Potential
       Westfield, MA

    5. Rebecca Savoie, C.O., CSX, Potential
       Charlotte, NC

    6. Peter Ebert
       435 Newry St.
       Greenville, NY

7. Ronald Jette
   13 Northwest Road
   Spencer, MA

8. James Santillo
   Feeding Hills, MA

9. James Lamb
   Westfield, MA

10. Richard Spatafore, Potential
    Albany, NY

11. David J. Evers
    41 Longwood Drive
    Clifton Park, NY

12. Richard L. Sanderson
    55 Linsley St.
    Branford, CT

13. Jeff Crother, C.O., CSX

14. John Richard, C.O., CSX
    413-568-2966

15. Everett Cooley, C.O., CSX

16. David Caron, C.O., CSX, Potential

17. Anthony Riccardi
    292 Washington Ave, Ext
    Albany, NY

18. Leona Liberty, Ph.D.
    120 Defreest Drive
    Troy, NY

19. Brad Winter or other representative of the
    BMWE
    Danvers, MA

20. Scott Marshall
    CSX

                500 Water Street
                Jacksonville, FL
                904-366-5483

21. Ernest Gailor
    Harlan-McGee
    4000 Silver Beach Road
    Malta, NY
    518-584-1300

22. Dr. Edward Feldmann
    110 Lockwood Street, Suite 324
    Providence, RI 02093
    401-444-8806

23. Joseph Kent
    1229 Johnson Ferry Road, Suite 103C
    Marrietta, GA 30068
    770-565-0595

24. John McMahon
    CSX

25. Kevin Krause
    TNT Repairs
    S. Bethlehem, NY

26. Lou Frangella
    One Bell Crossing
    Rd. 2, Box 145
    Selkirk, NY 12158

                                            Respectfully submitted
                                            Plaintiff's attorney,

4/17/06
DATE

                                            Robert M. Byrne, Jr.
                                            Thornton & Naumes LLP
                                            100 Summer Street, 30th Floor
                                            Boston, MA 02110
                                            617-720-1333
                                            BBO#: 068620