UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------X
```
PAUL T. PAPADAKIS,

          PLAINTIFF      :       CIVIL ACTION
                                 :       NO.: 04-30189-MAP

VS.

                                 :

CSX TRANSPORTATION,

                                 :

          DEFENDANT
```
-----------------------------------------------------X
```

**VERDICT FORM**

We, the jury, return the following verdict:

1.      Was the Defendant, CSX Transportation negligent?

        YES _____          NO _____

2.      Did the Defendant, CSX Transportation's negligence cause injury to the Plaintiff,

Paul Papadakis?

        YES _____          NO _____

(If your answer to questions 1 and 2 are both "NO," you should not proceed further
except to date and sign this form and return to the courtroom.)

3.      Was the Plaintiff, Paul Papadakis, negligent?

        YES _____       NO _____

(If your answer to question 3 is "NO," skip to question 6.)

4.      Did the Plaintiff, Paul Papadakis's, own negligence cause him to be injured?

YES _____          NO _____

(If your answer to question 4 is "NO," skip to question 6.)


5.   What percent of Plaintiff, Paul Papadakis's, injuries do you find was caused by:

Defendant, CSX Transportation?                    _____

Plaintiff, Paul Papadakis?                            _____

**Your figures must total 100 percent:**              _____100%_____


6.   Without regard to the percentages expressed in response to question 5, what

amount of money do you find would fairly and adequately compensate the Plaintiff, Paul

Papadakis, for his injuries?

Please answer in figures:    $ _____


(In determining the total amount of damages, do not make any reduction because of the
negligence, if any, of the Plaintiff.)


_____          _____
DATED                            FOREPERSON