UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL T. PAPADAKIS,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>CSX TRANSPORTATION, INC.,<br>　　　　　Defendant. | C.A. No.: 04-30189-MAP |

## THE DEFENDANT, CSX TRANSPORTATION, INC.'S, REQUEST FOR SPECIAL VERDICT QUESTIONS

Pursuant to Fed. R. Civ. P. 49, the defendant, CSX Transportation, Inc. ("CSX"), requests that this Honorable Court submit the following proposed special verdict questions to the jury at the commencement of their deliberations.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　The defendant,
　　　　　　　　　　　　　　　　　　CSX Transportation, Inc.,
　　　　　　　　　　　　　　　　　　By its attorneys:

　　　　　　　　　　　　　　　　　　 /s/ Valerie A. Murphy_____
　　　　　　　　　　　　　　　　　　Michael B. Flynn, BBO #559023
　　　　　　　　　　　　　　　　　　Valerie A. Murphy, BBO #661460
　　　　　　　　　　　　　　　　　　FLYNN & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　400 Crown Colony Drive
　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　Quincy, MA 02169
　　　　　　　　　　　　　　　　　　(617) 773-5500

DATED:　April 17, 2006_____
G:\F & A\CASE FILES\CSX PI\Papadakis\Pleadings\Proposed Special Verdict Questions.doc

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

PAUL T. PAPADAKIS,
        Plaintiff,

v.

CSX TRANSPORTATION, INC.,
        Defendant.

C.A. No.: 04-30189-MAP

**THE DEFENDANT, CSX TRANSPORTATION, INC.'S,
PROPOSED SPECIAL VERDICT QUESTIONS**

1. Has the plaintiff proven by a fair preponderance of the evidence that the defendant was negligent?  \_\_\_\_\_ Yes  \_\_\_\_\_ No

   · If yes, move on to No. 2.
   · If no, return to the courtroom.

2. Has the plaintiff proven by a fair preponderance of the evidence that the defendant's negligence actually and proximately caused the plaintiff's alleged injuries?  \_\_\_\_\_ Yes  \_\_\_\_\_ No

   · If yes, move on to No. 3.
   · If no, return to the courtroom.

3. Has the defendant proven by a fair preponderance of the evidence that the plaintiff was negligent with respect to the happening of his alleged accident?  \_\_\_\_\_ Yes  \_\_\_\_\_ No

   · If yes, move on to No. 4.
   · If no, move on to No. 6.

4. Has the defendant proven by a fair preponderance of the evidence that the plaintiff's negligence was a proximate cause of his injuries?  \_\_\_\_\_ Yes  \_\_\_\_\_ No

   · If yes, move on to No. 5.
   · If no, move on to No. 6.

5. What % of fault do you attribute to the plaintiff with respect to the happening of his alleged accident?

_____%

· Move on to No. 6.

6. What is the amount of money, reduced to present value, that fairly and reasonably compensates the plaintiff for his damages?

$_____.

Return to the courtroom.