# Exhibit "A"

FHC:    8/15/78
PAPADAKIS, PAUL
CONTINUED

he recently reinjured a few days ago playing baseball. This causes him some spasm in his low lumbar areas.

Additionally, approximately a month ago, he had several weeks of diarrhea, which caused rather significant weight loss of about 10 pounds which the patient has gained back with spontaneous cessation of diarrhea and no other symptoms. In relation to this, he relates that he has not drunk milk since he was in the service when he began to make him nauseated but does partake of ice cream, butter, cheese, etc. He denies any other GI symptoms, since then or prior to that, however, denies any blood, etc. His history is as previously detailed.

PE:    Reveals him to be well-developed and nourished with vitals as listed. Physical examination reveals no abnormalities except for minor lower lumbar muscle tenderness in minimal spasm. Leg raising is negative.

Laboratory reveals his EKG remaining normal. Spirogram normal. Normal visual acuity, and audiogram. Normal urinalysis and sed. rate. Normal chest x-ray and multiphasic screen showing a borderline high bilirubin at 1.81, but otherwise a normal screen. HDL remains stable in a low risk group.

IMP:    #1 Lumbosacral strain.
        #2 Recent diarrhea episode, ? lactose intolerance, (doubt), but ? any relationship to slightly elevated bilirubin.

PLAN:   General health council, Parafon Forte 2 qid., heat and back exercises prescribed. The patient will have a recheck on his bilirubin on his next physical in about 1½-2 years. Obviously, if he should have remitting symptoms or recurrence of diarrheal episodes, he should contact us for further work-up.
FHC:pds

7/9/79

7/9/79
FHC

CC discomfort left knee.

Patient apparently had Osgood-Schlatter disease in the left knee as a youngster, having some discomfort for a number of years then. He apparently developed an abrasion over the lateral aspect of the left lower leg, just below the knee and over the tibial tuberosity playing softball a few months ago and has had some sensitivity in that area when he kneels ever since. There is no difficulty on sitting, walking, etc. only when changing position from a prolonged sitting or a kneeling on the knee.

PE:    Reveals a prominent tibial tuberosity but no other abnormalities. No internal derangement of the knees ascertained.

IMP:   Probable simple contusion over the tibial tuberosity, question early pre-patellar bursitis.

8-11-77  wt. 165½   Ht: 5'9"   BP (R) 110/62   AP 60   R 20
T 98.4

FHC:    8-11-77    Paul Papadakis

28-year-old white male for follow up and CPX last one 1½ years ago.

Interim History: Since last seen had headaches diagnosed as tension headaches. He was given Valium which he used occasionally but had a complete resolution of headaches after etiologic diagnosis was made.

Other interim history has been essentially unremarkable with exception of 3 weeks history of occasinal soft stool episode in afternoon usually on a hot day when he was perspiring excessively and drinking considerable amounts of cold fluid. He found that by avoiding cold fluid, the diarrhea disappeared.

He additionally caused a strain in left quadriceps muscle playing on softball league last week, jumping over a fence.

PE:  Well developed and nourished 27-year-old white male in no acute distress. Vital signs as listed showing weight loss of 7 lbs. which patient relates is a seasonal variable. HEENT are normal. Neck is unremarkable. Chest clear to P&A. Heart is normal. Abdomen is unremarkable. Rectal is normal. Stool is hemtest negative. Genitalia is normal without hernias. Extremities are unremarkable and no tenderness, left quadriceps or swelling. Neurologic is normal. Pulses are intact. Normal EKG no change from previously. Vision is 20/20. Audiogram is completely normal. Urinalysis is normal. 161 profile is normal with HDL level of 49 indicating low coronary disease risk. Forced vital capacity is normal. Chest x-ray not performed.

IMP: Essentially normal male with history of tension headaches, now resolved. Recent quadriceps strain on left and minor soft stool episodes, secondary to either cold fluids or mild hyponatremia. Past history of migraines.

Plan: Routine advice as to management of quadriceps strain. Encouraged to use warmer fluids and possibly Gatorade for fluid replacement during hot weather and we will have a chest x-ray performed for record which will be reported to him if abnormal. He will return prn. FHC:ko

FHC:  8/17/77  6 PM with a note for the chart of Mr. Paul Pappadakis. There was a call concerning 1½ days of fever, nausea, vomiting, and diarrhea. Fever is running around 102 degrees. Vomitting seems to have settled down this afternoon. No episodes of diarrhea this afternoon. Advised to use Tylenol 15 grains every 3 hrs. prn along with clear liquids and to contact the office if there are any further problems.

1-9-78 recall card made for Aug emc

FHC:    8/15/78
PAPADAKIS, PAUL

Follow-up routine physical for this 30-year-old white male. Past problems, basically none. Past History, minor tension headaches. Minor muscle strains.

IH:    The patient has been healthy except for minor recurrent low backstrain, which

CONTINUED----OVER

# Exhibit "B"

7-26-85 Transderm scope x 2 given per FHC/PJ.

2/16/85 weight 185   BP 110/58   T- 97⁶   P- 68

12-16-85
Papadakis, Paul
FHC

Pt. in with some chest discomfort, having been working out in a
healthclub and having some persistent discomfort in the right back,
also a little bit in the right forward chest and he was told by
the individual there that he should have his lungs checked. He
additionally has been having some fall off of exertional tolerance
due to shortness of breath riding a Lifecycle and also when he
has been outside in cold air, he has noticed some wheezing at those
times.

EXAM:      We find his lungs to be clear with some chest wall
tenderness in the right pectoral area and nothing much posteriorally,
his chest x-ray is unremarkable, spirogram shows some reversible
bronchospasm.

IMP:       Probable asthma induced by cold and exercise
           Chest wall discomfort due to muscular strain from
exercise activities.

PLAN:      Reassurance concerning chest discomfort, use of Brethaire
inhaler PRN in advance of exercise and if things don't do well will
let us know for further longer term respiratory therapy consideration.

FHC/baf

(1-7-86) Feb recall sent/LCB
(1-23-86) Nurse's letter/LCB
2/11/11/11/86 neg x 3 hemoccults        2/19/20/86 neg x 2 hemoccults

2-20-86    WT      BP      T
           181     110/20  98

9-1-86 Oct recall

# Exhibit "C"

## MERCY HOSPITAL — EMERGENCY ROOM

### MEDICAL RECORDS COPY

| Field | Value |
|---|---|
| MEDICAL RECORD NO. | 3007031 |
| PATIENT NO. | 275085 |
| ARRIVAL TIME | 18:40 |
| DATE | 12/10/93 |
| ADMIT TIME | 19:01 |
| PAT. TYP | E |
| HOSP. SERV. | EMR |
| PATIENT NAME | PAPADAKIS, PAUL |
| PATIENT ADDRESS | 54 CARMEL LANE |
| CITY | FEEDING HILLS |
| STATE | MA |
| ZIP | 01030 |
| TELEPHONE | 413-786-6158 |
| SOCIAL SECURITY NO. | 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 |
| AGE | 45 |
| RACE | 1 |
| SEX | M |
| MARITAL STATUS | M |
| RELIGION CODE | 001 |
| RELIGIOUS ORGANIZATION | ST GEORGE GREEK ORTH - SPFLD |
| DATE OF BIRTH | 02/04/1948 |
| BIRTHPLACE | SPFLD, MA |
| OCCUPATION | TRACK FOREMAN |
| ADMITTED BY | LF01 |
| ADVANCE DIRECTIVE | N |
| CAUSE OF INJURY/CHIEF COMPLAINT | PT ALLEGES AUTO ACC'T/?INJUR |
| POLICE NOT? | Y |
| ADMITTING PHYSICIAN NO. | 000001 |
| SERVICE | MED |
| TELEPHONE | 413-000-0000 |
| UPIN NUMBER | DTH000 |
| EMERGENCY CONTACT NAME | PAPAKAKIS, KATHLEEN |
| RELATION | WIF |
| ADDRESS | 54 CARMEL LANE |
| CITY | FEEDING HILLS |
| STATE | MA |
| ZIP | 01030 |
| TELEPHONE | 413-786-6158 |
| ADMIT TYPE | ER |
| CLINIC CODE | FAS |
| METHOD OF ARRIVAL | AMBULATORY |
| GUARANTOR NAME | PAPADAKIS, PAUL |
| RELATION | S |
| ADDRESS | 54 CARMEL LANE |
| CITY | FEEDING HILLS |
| STATE | MA |
| ZIP | 01030 |
| TELEPHONE | 413-786-6158 |
| GUARANTOR EMPLOYER NAME | CONRAIL |
| CITY | W SPRINGFIELD |
| STATE | MA |
| ZIP | 01089 |
| GUARANTOR OCCUPATION | TRACK FOREMA |
| EMPLOYER NAME | CONRAIL |
| CITY | W SPRINGFIELD |
| STATE | MA |
| ZIP | 01089 |
| EMPLOYER'S INSURANCE COMPANY | CONRAIL |
| CITY | W SPRINGFIELD |
| STATE | MA |
| ZIP | 01089 |
| PRIM INS CODE | X01 |
| PRIMARY INSURANCE COMPANY NAME | MIDDLESEX AUTO INS |
| SUBSCRIBER NAME | PAPADAKIS, PAUL |
| RELATION | S |
| POLICY NUMBER | N/A |
| SEC INS CODE | X13 |
| SECONDARY INSURANCE COMPANY NAME | TRAVELERS |
| SUBSCRIBER NAME | PAPADAKIS, PAUL |
| RELATION | S |
| POLICY NUMBER | N/A |
| FINAN CLASS | X |
| PRIMARY LANGUAGE | ENGLISH |
| REMARKS | 847.0 / 87.02 / 93.52 |
| REMARKS | VERIFIED LF 12-10-93 |
| WARD | AARON SPRINGFIELD ST AGAWAM |
| PRIORITY | 3 |
| ALLERGIES Y/N | NKA |

DIAGNOSIS: Cervical sprain

MVA driver (belt) / LS S&D ⊕ No LOC PMH: ⊘
stopped and rearended
C/O neck pain
upper back pain / spas ⓁⒷ
neck/arm

[ ] Transfer
Cond. Disch.: [ ] Same [ ] Good [ ] Improved [ ] Home [ ] Admit [ ] Med. Exam [ ] Police [ ] Anoint DR. SIGN

## Mercy Hospital Triage Worksheet

08-10-1993 at 06:43:35PM
Name: PAPADAKIS, PAUL                                Case No:
DOB: 02/04/48    Age: 45 yrs.    Sex: male
CHIEF COMPLAINT: minor automobile accident

ALLERGY: no known allergies: NKA
LAST TETANUS SHOT:        NONE    UNKNOWN    # OF YEARS ___
Vital Signs - T: 98.4 [PO]    P: 60    R: 16    BP: 117/73    Wt: ___
SEEN W/I LAST 48 HOURS FOR THE SAME CHIEF COMPLAINT: no
Subjective: MVA, neck and back pain

Past Medical History: NONE

Injury occurred: ___ MINUTES  2½ HOURS ___ DAYS prior to triage
Pt was: . . . . . . . PEDESTRIAN            (DRIVER)    PASSENGER
Pt was seated: . . . BACK: RT LF MIDDLE     FRONT: RT MIDDLE
Pt's vehicle: . . . . (CAR) TRUCK VAN    BIKE  MOTORCYCLE
Other vehicle: . . . (CAR) TRUCK VAN    BIKE  MOTORCYCLE
Seat belted: . . . . . . . . . . NO  (YES)
Ambulatory on arrival: . . . . NO  (YES)
Prior treatment/same accident: (NO) YES    HERE  ELSEWHERE
Collision: . . . . . . . . . . RT  LF  (REAR) HEAD-ON
Difficult breathing: . . . . . (NO) YES
Loss consciousness: . . . . . (NO) YES    Duration:
Pain: . . . . . . . . . . . . NO (YES)    Location: neck + back (1-10)
Vomiting: . . . . . . (NO) YES  #TIMES ___  Bleeding (NO) YES
Confusion: . . . . . (NO) YES              Seizure: (NO) YES
Weakness: . . . . . . (NO) YES              Numbness: (NO) YES
Alcohol: . . . . . . (NO) YES              Drugs: (NO) YES
Medications: Hytrin

OBJECTIVE: oriented, cooperative  Skin w/d, color good
___ equal
CONSCIOUS:          (ALERT) OTHER
TRAUMA:             HEAD  CHEST  ABDOMEN  EXTREMITIES
Neck collar:        (NO)  YES    (STIFF) SUPPLE  Motion (FULL) LIMITED
Neur:PARALYSIS:     (NO)  YES    Localization
ANESTHESIA:         (NO)  YES    Localization

NURSING DIAGNOSES:  ALTERED COMFORT:PAIN  POTENTIAL FOR HEMORRHAGE

PLAN:               TO APPROPRIATE AREA
LAB:                CBC  UA  LYTES  BS  BUN  ABG  CREATININE  AMYLASE
                    TYPE & CROSS              HOLD CLOT
XRAY:

EXPECTED OUTCOME:   PAIN CONTROL/ABSENT    HEMODYNAMICALLY STABLE


The law requires us to perform a medical screening examination to determine whether you have an emergency medical condition or are in active labor. Depending on the result, the examination itself and/or the medical treatment provided may not be covered by your insurance.

_Paul T. Papadakis_                    _R.N. Signature_
Patient's Signature
Priority: 1  2  (3)    Location: WR  ED  (FT) CLINIC ___ PMD (assigned to)
Start) 06:41:50P    Print) 06:43:35P    [1:45]  Triage completed: 6:46pm

| Date | Our Policyholder | Date of Accident | Claim Number |
|---|---|---|---|
| 01/03/94 | Paul T. Papadakis | 12/__/93 | |

TO ASSIST US IN DETERMINING BENEFITS DUE UNDER THE PERSONAL INJURY PROTECTION LAW THE ATTENDING PHYSICIAN MUST COMPLETE THIS REPORT. YOU ARE REQUIRED TO PROVIDE THIS INFORMATION IN ACCORDANCE WITH THE PERSONAL INJURY PROTECTION LAW.

MVA CENTER FOR REHABILITATION
300 STAFFORD STREET SUITE 360
SPRINGFIELD, MA  01104

Return To: Bureau of Unemployment
U.S Railroad Retirement
P.O. Box 10695
Chicago, Il 60610
                        EXT.

1. Patient's Name and Address
Paul T.    Papadakis    (7151)    54 Carmel Lane    Feeding Hills    01030

2. Age: 45    3. Sex: M    4. Occupation (If Known): TRACK FOREMAN

5. History of Occurrence as Described by Patient:
Driver. He was rear ended in a line of traffic.

6. Diagnosis and Concurrent Conditions:
Cervical Strain, Post Traumatic Cervical Syndrome.

7. When did symptoms first appear? Date: 12/10/93

8. When did patient first consult you for this condition? Date: 12/15/93

9. Has patient ever had same or similar condition?
☐ YES    ☒ NO    If "YES", state when and describe:

10. Is condition solely a result of this accident?
☐ YES    ☐ NO    If "NO", explain:

11. Is condition due to injury or sickness arising out of patient's employment?
☐ YES    ☒ NO

12. Will injury result in permanent disfigurement or permanent disability?
☐ YES    ☒ NO    If "YES", describe:

13. Patient was disabled (Unable to work)
From: 12/10/93    Through: PRESENT

14. If still disabled the patient should be able to return to work on:
Date: UNKNOWN

15. If patient was hospitalized, Name of Hospital:
Period of Hospitalization    From:    To:

16. Report of services and attach itemized bill:

| Date of Service | Place of Service | Description of Surgical or Medical Service Rendered | Charges |
|---|---|---|---|
| | | PLEASE SEE ATTACHED ITEMIZED BILL. | $ |
| | | | $ |
| | | | $ |
| | | TOTAL CHARGE OF DATE | $ |

17. Is patient still under your care for this condition?
☒ YES    ☐ NO

18. Amount Paid by Patient: $

19. Estimated future charges: $ UNKNOWN

01/03/94    Desmond Ebanks, M.D.    [Signature]    04-3088319
Date    Physician's Name (Print)    Physician's Signature    IRS/TIN Identification No.

300 Stafford Street, Suite 360    Springfield    MA    01104
No.    Street    City or Town    State    Zip Code