```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS


PAUL T. PAPADAKIS.,            )
        Plaintiff              )
                               )
        v.                     ) CIVIL ACTION NO. 04-30189-MAP
                               )
CSX TRANSPORTATION, INC.,      )
        Defendant              )
```

FURTHER SCHEDULING ORDER

April 25, 2006

PONSOR, D.J.

   Counsel for both parties appeared before this court for a final pretrial conference on April 24, 2006. Based on counsel's representations, the court orders as follows:

   1. Plaintiff's opposition to Defendant's motions <u>in limine</u> will be filed no later than May 15, 2006.

   2. Also by May 15, 2006, counsel will file supplementation, if they wish to, to their final pretrial memoranda and will report as to whether their clients consent to try this case before Magistrate Judge Kenneth P. Neiman.

   3. Assuming no consent, trial in this matter will commence on October 23, 2006 at 10:00 a.m. Counsel will appear for a conference that day at 9:00 a.m. prior to the commencement of jury selection at 10:00 a.m.

   4. Additional motions <u>in limine</u>, proposed <u>voir dire</u> questions and proposed jury instructions will be filed no later than September 29, 2006. Counsel have agreed that the trial will require no more than ten days, sitting from 9:00 a.m. to 1:00 p.m. each day, or during afternoons as needed.

   It is So Ordered.

```
                                /s/ Michael A. Ponsor
                                MICHAEL A. PONSOR
                                United States District Judge
```