```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2

 3   PAUL PAPADAKIS,
                     Plaintiff
 4
     v.                                 Civil Action No.
 5                                      04-30189-MAP
     CSX TRANSPORTATION, INC.,
 6                    Defendant

 7

 8        DEPOSITION OF DAVID J. EVERS TAKEN ON

 9   BEHALF OF THE PLAINTIFF AT THE ANDERSON GROUP, 125

10   WOLF ROAD, ALBANY, NEW YORK, ON FRIDAY, APRIL 29,

11   2005 AT 10:00 A.M.

12

13   APPEARANCES:           COPY
     (See Page 2)
14

15

16         Reported By:  Brenda L. Bigelow

17     Associated Reporters International, Inc.
                 234 Hudson Avenue
18             Albany, New York  12210
                Tel: (800) 523-7887
19

20

21

22

23

24

25
```

```
 1        Q.     Was it manual or automatic?
 2        A.     Manual.
 3        Q.     Describe for me the informal
 4   instruction you recall receiving on the operation
 5   of Fairmount high rail gear.
 6        A.     I don't recall the specifics, other
 7   than it was to instruct the proper way of lowering
 8   the wheels and putting the wheels back up.
 9        Q.     Do you believe you know the proper
10   way of lowering and raising Fairmount high rail
11   wheels?
12        A.     Yes.
13        Q.     Describe for me the method of
14   lowering Fairmount high rail wheels as you
15   understand it.
16        A.     First of all, you use the proper
17   current bar for the model of the year that you're
18   using, and you pull the pin out of the locking
19   mechanism, of the two locking mechanisms on the
20   gear.
21               You insert the proper end of the bar
22   in the portion, or the socket required for lowering
23   the gear properly.  And you leverage the bar down
24   to release the lock, and push the lock release
25   lever forward.  And in a controlling manner, you
```

| | | |
|---|---|---|
| 1 | Q. | Exhibit 4 was faxed to you? |
| 2 | A. | That's correct. |
| 3 | Q. | By Ms. Mahacek? |
| 4 | A. | That's correct. |
| 5 | Q. | When did you last see Exhibit 4 prior to seeing it I believe you said on Wednesday of this week? |
| 8 | A. | I can't recall. |
| 9 | | MR. BYRNE: Mike, would you have an extra copy of that? |
| 11 | | MR. FLYNN: Yes. |
| 12 | | MR. BYRNE: Thank you. |
| 13 | BY MR. BYRNE: | |
| 14 | Q. | Do you know who drafted Exhibit 4? |
| 15 | A. | I don't recall. |
| 16 | Q. | Does your name appear on it? |
| 17 | A. | Yes, it does. |
| 18 | Q. | In fact, your name appears right across the top. It says message from DJ Evers. |
| 20 | A. | That's correct. |
| 21 | Q. | You're the DJ Evers referred to in the document? |
| 23 | A. | That's correct. |
| 24 | Q. | But you don't -- did you draft Exhibit 4? |

1    A.    I don't remember drafting the
2 message, no.
3    Q.    Did you dictate it?
4    A.    No.
5    Q.    Can you explain why your name
6 appears on it?
7    A.    Yes. Every Friday as Division Engi-
8 neer and Chief Regional Engineer a safety bulletin
9 was issued from my office. And one of the items
10 within the bulletin or the newsletter would be a
11 message from me.
12    Q.    And is this Exhibit 4 one of those
13 messages or bulletins from you?
14    A.    That's correct.
15    Q.    With what frequency would you issue
16 bulletins or messages of this type?
17    A.    As I stated earlier, every Friday
18 some message would be included in the safety
19 newsletter.
20    Q.    So was Exhibit 4 included in the
21 newsletter that was issued on a Friday during 2001?
22    A.    As far as I recall, yes.
23    Q.    Was there someone working subordi-
24 nate to you in that time frame that was responsible
25 for preparing these bulletins or newsletters?

```
 1   safety -- the newsletters or bulletins would
 2   ultimately find their way into the hands of, or at
 3   least be read to, or read by the members of the
 4   Engineering Department who would be working in the
 5   field?
 6        A.   Yes.
 7        Q.   And that would include I&R inspec-
 8   tors?
 9        A.   Yes.
10        Q.   Trackmen?
11        A.   Yes.
12        Q.   Foremen?
13        A.   Yes.
14        Q.   Assistant foremen?
15        A.   Yes.
16        Q.   Supervisors?
17        A.   Yes.
18        Q.   Is there anybody who was not expec-
19   ted to become familiar with the bulletins that you
20   would issue in the Engineering Department?
21        A.   It was expected that everyone would
22   be aware of and have knowledge of the content.
23        Q.   Would you -- would copies of the
24   weekly safety bulletins be kept by you or somewhere
25   in the Division Engineer's office?
```

```
 1   that may have occurred over the years with other
 2   people.
 3        Q.    You used the word "may" in your
 4   response.  Is it your testimony that you did have
 5   conversations of that type?
 6        A.    I may have.
 7        Q.    Well then I'll ask the same ques-
 8   tion.  What is the basis for your understanding
 9   that high rail gear can operate in the manner
10   described in paragraph 1?
11        A.    I became -- over the years of
12   experience I became aware that that could happen.
13   How exactly I found out, I don't recall.
14        Q.    And when did you become aware that
15   high rail equipment could act in the manner
16   described in paragraph 1 of Exhibit 4?
17        A.    I don't recall.
18        Q.    Was it before June of 2001?
19        A.    I don't remember.
20        Q.    To your knowledge, had CSX ever
21   provided -- or rather, ever informed those
22   operating its high rail gear prior to June 13th of
23   2001 to be alert, not to allow the rail gear to
24   rotate past the normal position in the manner
25   described in paragraph 1 of Exhibit 4?
```

```
 1   truck what, if anything, do you recall doing as
 2   Chief Regional Engineer?
 3          A.    Will you repeat that, please.
 4               *(The last question was read)
 5          A.    One more time.
 6               *(The last question was read)
 7          A.    I don't recall how the information
 8   was relayed when it was relayed, but I do know that
 9   the -- as a result of the injury and the investi-
10   gation of the injury that the particular message in
11   Exhibit 4 that you presented to me was compiled and
12   developed and sent out as part of a safety bulletin
13   to the people on the region from my staff.  Exactly
14   who compiled it and put it out, I don't recall.
15   BY MR. BYRNE:
16          Q.    Is that the extent of what you knew
17   -- rather recall, being done in light of the
18   information that was generated during the course of
19   the investigation into this incident?  That is,
20   that this weekly safety bulletin letter was
21   distributed to the members of the Engineering
22   Department?
23          A.    That and the inspection, the field
24   inspection being done.
25          Q.    And do you know if that field
```

```
 1   inspection was done at TNT?
 2       A.    No.  Actually what I remember of it
 3   was that the supervisors and the I&R foremen
 4   examined all the trucks at the different isolated
 5   locations throughout the division and checked them
 6   out for the proper bars, and also if they had any
 7   improper bars.
 8       Q.    Okay.  You recall that being done?
 9       A.    Yes.
10      *Q.    Is that, the fact that the super-
11   visory personnel were to verify that the correct
12   bars were on the trucks, documented somewhere in
13   Exhibit 4?
14       A.    I don't recall.
15       Q.    Well it's right in front of you.
16       A.    Would you repeat the question,
17   please.
18            *(The last question was read)
19       A.    I misunderstood your question.  I
20   thought you were asking if the inspection was
21   documented.  Yes, Exhibit 4 states that the im-
22   proper hand bars are to be turned into supervisors
23   for proper disposal.
24   BY MR. BYRNE:
25       Q.    But it doesn't say that the super-
```