January 5, 2006                                                    Edward Feldmann, MD.

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

PAUL PAPADAKIS,            )
        Plaintiff,         )
                           )
VS.                        )   C.A. NO. 04-30189-MAP
                           )
CSX TRANSPORTATION, INC.,  )
        Defendant.         )

       DEPOSITION OF EDWARD FELDMANN, M.D., taken on behalf of the Plaintiff, Expert Witness in the above-entitled cause, pursuant to notice, before Nancy L. Simoes, R.P.R., a Notary Public in and for the State of Rhode Island, at the Offices of Allied Court Reporters, 115 Phenix Avenue, Cranston, Rhode Island, on January 5, 2006, scheduled at 2:00 P.M.

PRESENT:

For the Plaintiff......THORNTON & NAUMES, LLP
                       100 Summer Street, 30th Fl.
                       Boston, MA  02110
                  By:  Robert M. Byrne, Jr., Esquire

For the Defendant......FLYNN & ASSOCIATES, P.C.
                       400 Crown Colony Drive, Ste. 20
                       Quincy, MA  02169
                  By:  Valerie A. Murphy, Esquire

              ALLIED COURT REPORTERS, INC.
                   115 PHENIX AVENUE
              CRANSTON, RHODE ISLAND 02920

January 5, 2006                                                Edward Feldmann, MD.

Page 24

1  Q.  You found nothing in the historical record or in
2      your interviewing of Mr. Papadakis to suggest that
3      any time prior to June 13, 2001, he was suffering
4      from a condition to his lumbar spine that was
5      limiting his ability to engage in his normal
6      activities, work, socializing, recreating, so
7      forth?
8  A.  The way you word it, I would say no. He had
9      films of his low back done as early as 1969; we
10     don't know why. One of his doctors placed in a
11     note his having relatively minor low back symptoms
12     at some point in the past, which quickly resolved.
13     I think the answer to your question is, no, I
14     didn't see persistent low back symptoms that
15     limited his function.
16 Q.  Are you referring to a note that was in
17     Dr. Carrington's records dating back to some time
18     in the 1970s, when Mr. Papadakis appeared with some
19     low back complaints regarding a sports injury?
20 A.  I think it was Dr. Carrington.
21 Q.  I would like you to help me understand a little, if
22     you would, the anatomical structure of the annulus
23     fibrosis, which I think we are talking about with
24     respect to this tear; are we not?
25 A.  The apparent tear seen on the first MRI?

```
        this one?
   A.   Sure.  Sure.
Q. Was that CSX Railroad or Transportation?
   A.   I don't know.  Not a clue.
Q. I am nearly finished here now.  How shall I phrase
   this:  You have told me that you believe that
   Mr. Papadakis was suffering some pre-existing
   degenerative condition in his lumbar spine as of
   June 13, 2001?
   A.   He was not suffering.
Q. Forgive me.  That word suffering just keeps
   creeping in my question.
   A.   You can see from my opinion that it's an
   important word.
Q. I will accept that you're uncomfortable with that
   word appearing in the question.  I will take it
   out.
   A.   Okay.
Q. Is it your opinion that as of June 13, 2001,
   Mr. Papadakis had a pre-existing degenerative
   condition in his lumbosacral spine?
   A.   Yes.
Q. Would you agree with me that a review of the
   historical medical record would suggest that up
   until that point in time, whatever that condition
```

January 5, 2006                                                    Edward Feldmann, MD.

Page 100

was, it hadn't presented pain symptoms to him as of June 13, 2001?

A. Except for the minor incident that we discussed earlier, and for whatever reason, the films were done in 1969, yes.

Q. Okay. But the period immediately preceding, let me define immediately, by ten years?

A. Sure.

Q. There had been no historical complaints in the record documenting complaints of low back pain?

A. Right.

Q. But subsequent to June 13, 2001, Mr. Papadakis has complained of low back pain?

A. Yes.

Q. And you believe that to some extent, at least for a period, some period of time, that the events of June 13, 2001, where he was bending and twisting, played a causative role in that complaint of low back pain?

A. Yes.

Q. But you believe that, to the extent that there was an injury of June 13, 2001, it should have resolved within weeks or months following that event?

A. Yes.

Q. You can't explain in medical -- provide a medical

explanation why those complaints of pain have become chronic and continue on to the present time?

A. Well, I mean, I see it in my office. As I said, routine activity of daily living produce recurrent muscle strain. That's almost the universal explanation for this kind of story.

Q. Are you willing to acknowledge that the mechanical injury that he sustained on June 13, 2001, may have exacerbated the pre-existing condition of his low back?

A. No. There is no evidence for that.

Q. That's not something you are willing to accept as a possibility?

A. Well, there is no biological proof of that. You know, the abnormalities are chronic and degenerative in nature. It's not as if they took a film of his low back and a bone was broken, and you know, you, yourself, just said he could live for years with those abnormalities and not utter a word of complaint. You see how difficult it is looking at the picture and predicting what Mr. Papadakis looks like. You see the difficulty.

Q. Okay. I don't mean to be redundant or repetitive. He didn't have the complaints before, that's the symptom, no complaints of pain before June 13,