# EXHIBIT A

1

**PETER EBERT - March 31, 2005**

UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS
------------------------------------------------

PAUL T. PAPADAKIS,

              Plaintiff,

    Vs.

CSX TRANSPORTATION,

             Defendant.

------------------------------------------------

        EXAMINATION BEFORE TRIAL of a Non-Party Witness, PETER EBERT, held pursuant to Subpoena, returnable March 31, 2005, commencing at 10:00 a.m. at the Anderson Group, 125 Wolf Road, Albany, New York 12205, before Kyle Alexy, a Shorthand Reporter and Notary Public in and for the State of New York.

APPEARANCES:

        THORNTON & NAUMES, LLP, 100 Summer Street, Boston, Mass. 02110, (ROBERT M. BYRNE, ESQ., of Counsel), Attorneys for the Plaintiff.

        FLYNN & ASSOCIATES, 400 Crown Colony Drive, Suite 200, Quincy, Mass. 02169, (MICHAEL B. FLYNN, ESQ., of Counsel), Attorneys for the Defendant.

ALSO PRESENT: Paul Papadakis, Gary Baker.

**ORIGINAL**

**DIGITAL COURT REPORTING & VIDEO**
**866-954-0352**

1   there and pointing that out to Dick Ross?

2                    MR. BYRNE:  Objection.

3   A.      I don't remember.

4   Q.      Okay.  When you operated the high rail device
5   on 500285 or on any other 0307 high-rail gear, are
6   you able to feel when that pivot stop arm hits the
7   C-bar?

8   A.      No, you are not able to feel that because it
9   doesn't --

10  Q.      Okay, what happens?

11  A.      Exhibit 5, which is the correct bar, will
12  then hit on Exhibit 8, this bumper.

13  Q.      I see.

14  A.      That bar comes down and hits that bumper.
15  That stop does not come anywhere near that
16  C-channel.

17  Q.      What if you use the other bar?

18  A.      Then the bar of Exhibit 3 will go in here
19  straight and has nothing to stop on.  The bumper has
20  no bearing on this whole effect then --

21  Q.      Okay.

22  A.      -- at all.

23  Q.      So the pivot stop arm, even if adjusted

1  correctly, wouldn't prevent the socket from over
2  ratcheting with the double bend bar used on it?
3              MR. BYRNE:  Objection.
4  A.    That pivot stop arm will mean nothing at all.
5  And we had a high rail in Monday morning, and all of
6  our adjustments were right, and that pivot stop arm
7  did nothing.
8  Q.    So you've actually experienced that.
9  A.    I checked it Monday again.
10 Q.    And you found out even with the pivot stop
11 arm adjusted correctly you were still able to
12 ratchet it over?
13 A.    It goes over, and my thought on why it does
14 it is because the socket is attached to the locking
15 mechanism and it's worn.
16 Q.    Okay.
17 A.    A brand new factory unit, that quarter-inch
18 is probably right on the money.  The reason I still
19 use a quarter-inch is because the second I start
20 changing anything, puts TNT in the liability risk of
21 you didn't do what the book says.  So we do the book
22 because that's what the book says.  But Monday
23 morning we brought one in, and I just said, Let me

1  just see something. Me and Kevin went over, and
2  there it was. It meant nothing.
3  Q.    All right, now --
4  A.    The bumper means everything.
5  Q.    The front bumper.
6  A.    Or the rear. The bumper and the correct bar
7  is the answer.
8  Q.    Now you also understand that the -- you
9  called it, I believe -- well, if we look at Exhibit
10 5, figure 2-1 in the manual, the device designated
11 or identified as number 4, that's called a locking
12 pawl handle.
13 A.    That's correct.
14 Q.    Okay, and that's what you understand it to
15 be, right?
16 A.    Yes.
17 Q.    And if we look at Exhibit number 8 we can see
18 that handle right in the middle of the photograph,
19 right?
20 A.    Yes.
21 Q.    And it's a maroon-brownish handle, plastic
22 handle on a bent steel rod?
23 A.    Rod.