# EXHIBIT B

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT
 2                    DISTRICT OF MASSACHUSETTS
 3
 4    PAUL PAPADAKIS,
 5         Plaintiff,
                                        CIVIL ACTION
 6         vs.
                                        FILE NO. 04-30189-MAP
 7    CSX TRANSPORTATION, INC.,
 8         Defendant.


 9
10
11                        DEPOSITION OF
12                         JOSEPH KENT
13            DELTA CROWN ROOM, TERMINAL A, A-17
14            HARTSFIELD/JACKSON ATLANTA AIRPORT
15            ATLANTA, GEORGIA / DECEMBER 21, 2005
16                  11:20 a.m. - 3:05 p.m.
17
18
19   REPORTED BY:
     ANNA-MARIE CHEAK, RPR/CSR
20   ESQUIRE DEPOSITION SERVICES
     ATLANTA OFFICE - 404-872-7890
21   FILE NO: 420079
22
23
24                                          ORIGINAL
25
```

42

A   That is my understanding, yes.

Q   Which again, of course, is the type of gear that was on the Papadakis vehicle?

A   Yes.

Q   There is also a bar that has a configuration that involves a double bend at one end and a single bend at the other?

A   Yes.

Q   You're aware of that?

A   I am.

Q   Are you aware that there's been testimony that that is the type of bar Mr. Papadakis was using on the day of this incident?

A   I'm aware of that.

Q   If Mr. Papadakis was using the bar with the double bend at one end, it was the inappropriate bar to be using with the particular gear that was on his vehicle?

A   I would agree with that.

Q   Do you agree that the bar that has the single bend on each end, that is the appropriate 0307 Easy-Lift style bar, has a reduced potential for causing over-traveling because of the configuration of the bends, vis-a-vis, the bumper on the vehicle?

Esquire Deposition Services  (404) 872-7890
Atlanta

43

1   A   I would agree with that.

2   Q   The bar with the double bend on one end, which reportedly Mr. Papadakis was using, does not have the potential for avoiding over-travel of the stop arm and component parts due to the configuration of the double bend, vis-a-vis, the bumper?

8   A   I would say that it does not use the bumper as a physical stop to prevent over-travel.

10  Q   In other words --

11  A   Whereas the correct bar does.  The bar itself actually contacts the bumper before you get a significant degree of over-travel of the upper side.

14  Q   And in fact, Mr. Ebert expressed that a number of times over the course of his deposition, didn't he?

17  A   I believe he did.

18  Q   And Mr. Ebert took, literally took the double bend bar away from Mr. Ross and told him to use this bar, meaning the one with the single bend the either end?

22  A   I think when Mr. Ross initially tried to lower the gear, I seem to recall -- and again, the deposition speaks for itself, but I do recall some conversation about that.

5, correct me if I'm wrong, but it would appear that the stop screw is rotated to a greater degree in the photograph than it is in the schematic which is Exhibit 5?

A   I would agree with that.

Q   And that's because you were able to -- or someone was able to cause over-travel by using the wrong bar?

A   That's correct.

Q   Which would not have been possible had the bar with the single bend at either end been used?

A   I would agree with that.

Q   And when the gear -- or the stop arm, rather, and the set screw were in the configuration shown in Exhibit No. 6, was an effort made at that point to raise the gear?

A   Yes.

Q   And what happened when the gear was raised, if anything?

A   Well, the mechanism was basically wedged where the cam -- nothing was moving at that point. An attempt was made to release the --

Q   Locking pawl?

A   The preload. No, not the locking pawl. The locking pawl wouldn't move because there was