# EXHIBIT D

1    MS. SAVOIE:  My name is Rebecca Savoie.  I'm

2    a claim agent in the East Hampton, Massachusetts

3    office.  Today is June 21, 2001 at 11:00 or

4    approximately 11:00 a.m.  I'm in Feeding Hills,

5    Massachusetts talking to Paul Papadakis, did I say

6    that right, okay, about an incident that occurred

7    on June 13th in Warren, Massachusetts in which he

8    sustained in injury.

9    Paul, are you aware that I'm taping your

10    statement?

11    MR. PAPADAKIS:  Yes.

12    MS. SAVOIE:  And do I have your permission to

13    do so?

14    MR. PAPADAKIS:  Yes.

15    **EXAMINATION BY MS. SAVOIE:**

16    Q    Would you give me your name and spell your last

17    name?

18    A    Paul Papadakis, P-A-P-A-D-A-K-I-S.

19    Q    And what's your address, Paul?

20    A    54 Carmel Lane, Feeding Hills, Mass. 01030.

21    Q    And how old are you?

22    A    53.

23    Q    And what's your birth date?

24    A    February 04, 1948.

1    Q    Are you married or single?

2    A    Married.

3    Q    And do you have any dependents under 18?

4    A    No.

5    Q    What's your position with the railroad?

6    A    An I&R foreman.

7    Q    And what was your entered service date?  Do you

8         recall when you started with the railroad?

9    A    Not the CSX date?

10   Q    No, no.  With the -- well I don't know.  Did you

11        start with Conrail or Penn Central?

12   A    Penn Central, October 06, 1969.

13   Q    And your employee number?

14   A    788224.

15   Q    And your social security number?

16   A    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.

17   Q    What's your regularly scheduled work week?

18   A    Monday to Friday 7:00 a.m. to 3:30 p.m.

19   Q    You have Saturdays and Sundays off?

20   A    Yes, Ma'am.

21   Q    And your average weekly salary; if you can recall?

22        You don't have to now.

23   A    Uhm, I can look.

24   Q    That's fine.  If you know.  Just a question:  do

```
 1          you work 40 hours or do you normally work --

 2    A     40-hour week, yeah.

 3    Q     Do you work any overtime?

 4    A     Yes.

 5    Q     A lot?

 6    A     Not much, no.

 7    Q     Now on June 13, 2001 what time did you go on duty?

 8    A     7:00 a.m.

 9    Q     And where do you report for duty?

10    A     West Springfield, Mass.

11    Q     Now as an I&R inspector what are the duties of

12          that job?  What do you normally do?

13    A     Uhm, inspect the railroad tracks, switches and

14          make minor repairs.

15    Q     Okay.  And that would be between which mile posts?

16    A     Mile Post 127 and Mile Post 74.

17    Q     Now on June 13th what were you scheduled to do

18          that particular day?

19    A     Uhm, switch inspection.  However, because the

20          temperature was going to be over 85 degrees

21          beginning at or about noontime I had to make a

22          heat patrol.

23    Q     Okay.  And when you say make a heat patrol what

24          did that involve doing?
```

```
 1    A    Setting on the track at one end of the territory

 2         and riding to the other.  I was making a regular

 3         track inspection but also looking out for trains

 4         that were across the track.

 5    Q    Now when you had the territory on a normal day do

 6         you do that whole territory every day --

 7    A    No.

 8    Q    -- or do you -- in other words --

 9    A    No.

10    Q    Okay.  Do you start at one end on a Monday or how

11         do you do that?

12    A    I do half on Monday, the other half on Tuesday,

13         back to the first half on Thursday, the second

14         half on Friday.  Wednesdays I usually go do the

15         walking inspections or the switch inspections.

16    Q    All right.  So on June 13th then you were out

17         having to do a heat inspection?

18    A    Yes.

19    Q    Now did there come a time during, on that day

20         where you sustained an injury at some point in

21         time?

22    A    Yes.

23    Q    Okay.  Do you recall about what time that was?

24    A    About 5:00 p.m.
```

| | | |
|---|---|---|
| 1 | Q | Now what are your hours again? |
| 2 | A | 7:00 to 3:30 p.m. |
| 3 | Q | And you were out at 5:00 p.m.  So you were working |
| 4 | | overtime that day? |
| 5 | A | Whenever we need the heat inspection it usually |
| 6 | | runs into overtime because we can't begin it until |
| 7 | | after noontime.  We wait until it gets hot. |
| 8 | Q | And then you go out and -- |
| 9 | A | Yeah. |
| 10 | Q | All right.  And where did the incident occur? |
| 11 | A | I was crossing at Mile Post 74. |
| 12 | Q | Is that even 74 or is it 73.99? |
| 13 | A | I think somebody said it was 73.99. |
| 14 | Q | Okay.  But it's 74? |
| 15 | A | You can see a mile post there.  It's pretty close. |
| 16 | Q | Coming in.  And that's in, let's see, West Warren, |
| 17 | | Mass.? |
| 18 | A | Yes. |
| 19 | Q | Okay.  Now can you tell me in your own words, |
| 20 | | giving me as much detail as possible, exactly what |
| 21 | | happened? |
| 22 | A | Uh, I had finished my inspection.  I high railed |
| 23 | | from 127 to Mile Post 74 and I got out of the |
| 24 | | vehicle.  I lifted the rear wheels up, the rear |

1  steel wheels off the rail, went around to the

2  front of the truck and was in the process of

3  lifting the left front steel wheel when the high

4  rail mechanism broke. Uh, when that happened the

5  wheel would not -- the only way the wheel would

6  come up would be manually. So I got a lining bar

7  and a four-inch block. The lining bar was used

8  to, as a lever to lift the wheel so it was high

9  enough to get the truck off the track and then I

10  put a -- I was putting a four-inch wooden block

11  underneath the wheel. I did that because I needed

12  to chain the wheel up in order to drive the truck

13  off the track. And when I bent down while

14  supporting the high rail wheel with the lining

15  bar, when I bent down with the wooden block I felt

16  something snap in my back and it knocked me right

17  to my knees. And after a little while of walking

18  around, trying to feel good again I had started

19  the procedure all over again. And it took a

20  while, but I was able to chain up the wheel and

21  then drive it off the track. After I got it off

22  the track then I had to get the wheel up high

23  enough so that I could move the truck over to the

24  highway and back to the headquarters. So that

```
 1            involved wedging the wheel up higher and weaving
 2            the chain around the wheel at a high rail support
 3            and the bumper of the truck to get the chain tight
 4            enough so that I could drive over the highway.
 5            When I got back to West Springfield I called Dick
 6            Roth, I can't remember if I reached him on his
 7            cell phone or his home phone, to tell Crocker
 8            (phonetic) what happened.
 9     Q      All right.  Let me just ask you a couple of
10            questions.  You started at 127 which is the, so
11            that's on the west end, right?
12     A      Yes.
13     Q      Where is 127?
14     A      Chester.
15     Q      Chester.  Did you have any problem getting the
16            wheels, the steel wheels down onto the track in
17            Chester when you first got on?
18     A      No.
19     Q      There wasn't any problems?
20     A      No.
21     Q      They worked normally?
22     A      Yeah.
23     Q      Okay.  And so you rode, you know, to Mile Post 74
24            and prepared to take the train off, the truck off
```

1          of the tracks.  You said you got the back steel

2          wheels up.  Now how do you get them up?

3     A    The same way as the front.

4     Q    You use a --

5     A    You use an aluminum bar.

6     Q    And the aluminum bar that you use is approximately

7          how long?

8     A    About 30 inches, 24 to 30 inches long.

9     Q    And how much would you say it weighs?

10    A    Just two or three pounds.

11    Q    And you used that as like a pry bar type thing

12         or --

13    A    Yeah, it takes the pressure off the wheels and

14         then you move it around to the bottom of this,

15         it's like a sprocket.  Then you push down on it

16         and that lifts the wheel up and it locks into

17         position.  And then you put the steel safety pin

18         through.

19    Q    So there's a steel safety pin that's in there.  So

20         you would have taken the safety pin out, put the

21         aluminum bar into the sprocket and --

22    A    Take the pressure off the steel wheel and then

23         raise it by using, it's to open it to two areas

24         that the bar goes in.

1    Q    So the locking mechanism is once you use that bar

2         and it goes in it just kind of, does it click into

3         place or it locks in?  You know that it locks in?

4    A    Yes.

5    Q    Do you hear it like lock in?

6    A    You can hear it and feel it.

7    Q    Okay.  So you know that it's locked in.  And then

8         you put that safety pin in?

9    A    Yes.

10   Q    So you did it on both sides.  You have to do it on

11        the rear left and the rear right?

12   A    That's right.

13   Q    Okay.  And then you went around to the front to do

14        the same thing --

15   A    Yeah.

16   Q    -- using that aluminum bar.  Now had you done the

17        right front or were you working on the left front

18        first or the right front?

19   A    I don't remember.

20   Q    You don't remember.  You don't remember when you

21        were doing the left front if you had already done

22        the right front?

23   A    Yeah, I don't remember.

24   Q    Did you have any trouble with the right front?

1    A    No, I had no trouble.

2    Q    So that one went up okay.  Now when you got to the

3         left front and you were using that aluminum bar

4         what did it do that you knew that it was broken or

5         something?

6    A    Uhm, when you put the bar in to lift the wheel up

7         it makes like a 90 degree revolution.  When I put

8         the bar in it went straight down and it made like

9         a 180 revolution.  And I know when it goes beyond

10        that point that something's not right.

11   Q    So in other words, this bar by putting it in and

12        moving it didn't raise that steel wheel?

13   A    No.  It started to but then it just went

14        completely like 180 degrees.  It went beyond, it

15        went beyond to where it was supposed to.

16   Q    Had this happened before?

17   A    Oh, yeah, yeah.

18   Q    So you've experienced this particular problem

19        before?

20   A    Yeah.

21   Q    Now this truck that you were using do you recall

22        what, is there a number to the truck?

23   A    Yes.  It's the 500285.

24   Q    500285.  Is that like your normal truck?

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Do you always use that truck? |
| 3 | A | Yeah. |
| 4 | Q | Had you had this problem before using this truck? |
| 5 | A | It's been quite a while.  Our mechanics always |
| 6 | | used to run a setscrew out far enough so that if |
| 7 | | something went too far the setscrew would hit part |
| 8 | | of the bumper and it wouldn't go, it wouldn't make |
| 9 | | that full 180 degree revolution.  I guess TNT, |
| 10 | | they're the ones that do the high ground |
| 11 | | inspections now.  I'm not sure if they know -- |
| 12 | Q | To do that? |
| 13 | A | -- about that, yeah.  It's not something that, |
| 14 | | it's not something that's supposed to happen, but |
| 15 | | it's not something that happens frequently, but it |
| 16 | | can happen. |
| 17 | Q | So when our guys were servicing the trucks, I |
| 18 | | mean, they knew that that could happen when they |
| 19 | | put that setscrew? |
| 20 | A | Well the setscrew is in there. |
| 21 | Q | Oh, it's in there. |
| 22 | A | But there's a degree as to how far it comes out. |
| 23 | | It's really, it's really a guess. |
| 24 | Q | Hmm-hmm. |

```
 1     A     And they're, I think they used it back then not

 2           far enough.  But it happened even when they were

 3           doing the same thing.

 4     Q     So, I mean, it does happen?

 5     A     Yeah.

 6     Q     So now you couldn't use that aluminum bar.  That

 7           did nothing.  So what did you then use to pry the

 8           wheel up?

 9     A     The lining bar.

10     Q     How long is the lining bar?

11     A     It's about a four-foot long steel bar.  It weighs

12           about seven or eight pounds.

13     Q     And you put this between the track and the wheel?

14     A     Yeah, the, between the, it's a, I think they call

15           it a derail or assembly on a steel wheel and the

16           crossing.  You use the bar kind of as a lever.

17     Q     Now when you do this you're actually blocking the

18           crossing; you're actually on the road of the

19           crossing?

20     A     Yeah.  The crossing that I'm on there's only one

21           home on the other side of the tracks.  It's a

22           private crossing.

23     Q     So you have to be right on the road?

24     A     Right.
```

1    Q    So you were using the pry bar and prying it up.

2        So you were able to pry it up about how high from

3        the track?

4    A    Uhm, at that point I was just trying to get it

5        about four inches up enough, high enough so I can

6        get the wooden block that I carried underneath.

7    Q    Is that why you carry that wooden block?

8    A    I carry the block in case I derail.

9    Q    So basically what you were doing is similar to if

10       you derail, you know, prior to --

11    A   Well no.  Actually the blocking that we use for

12       derailing you would wedge up the rubber wheels so

13       that you could climb back up and get back up onto

14       the steel.

15    Q   So it's a little different, but you carry that

16       with you?

17    A   Yeah.

18    Q   And so it was in the process of -- you had the pry

19       bar and then you were pushing down on it to raise

20       the wheel and you had it up.  So what were you

21       holding it with one hand?

22    A   Yeah.

23    Q   Which hand would you have been holding that down

24       with?

| | | |
|---|---|---|
| 1 | A | I would guess -- I don't know for sure, but I |
| 2 | | would guess it was my left hand because I would |
| 3 | | have had to reach around with my right hand to get |
| 4 | | the wooden block underneath there. |
| 5 | Q | Because you had taken that block out and put it |
| 6 | | next to you somewhere -- |
| 7 | A | Yeah. |
| 8 | Q | -- in preparation to do that, okay.  So you're |
| 9 | | holding with your left arm and you're reaching for |
| 10 | | the block with your right arm? |
| 11 | A | I had the block. |
| 12 | Q | Oh, you had the block? |
| 13 | A | I was reaching to put it under the wheel. |
| 14 | Q | Oh, to put it under, okay.  The bar is about, you |
| 15 | | said, what, about four feet long? |
| 16 | A | Yeah. |
| 17 | Q | So are you on the far end; are you four feet away? |
| 18 | A | (No verbal response). |
| 19 | Q | So you were closer than that.  So you're within |
| 20 | | your reach to get that under there? |
| 21 | A | Hmm-hmm. |
| 22 | Q | Okay.  So it was at that time that you were |
| 23 | | reaching to put the block under that you felt the |
| 24 | | sharp pain in your back? |

```
 1    A    Yes.

 2    Q    About where in your back?

 3    A    Lower left, right at the bottom.

 4    Q    The lower left side.  So that was on the same side

 5         you were holding the bar down with?

 6    A    (No verbal response).

 7    Q    And, of course, when you felt that pain I'm sure

 8         you dropped the bar?

 9    A    Yeah, I went right to my knees.

10    Q    And you said you were able to kind of walk a

11         little bit of it off initially?

12    A    Yeah.

13    Q    You were able to then go back and complete the

14         job?

15    A    Yeah.

16    Q    How high up did you get it when you first chained

17         it?

18    A    Just the four inches.

19    Q    Just enough to get off?

20    A    Just enough to get it down.  Get the block

21         underneath it.

22    Q    Okay.  So you were up enough to be able to drive

23         it.  So I guess I would think that you probably

24         did the right side already?
```

| | | |
|---|---|---|
| 1 | A | Or I could have gone back and done the right side. |
| 2 | | You know, it's not, it wasn't something that would |
| 3 | | inhibit me from doing the left side. |
| 4 | Q | And that side, the right side went fine? |
| 5 | A | Yes. |
| 6 | Q | Now once you were off you said that you then had |
| 7 | | to pry it up higher to get it higher so that you |
| 8 | | could drive and chain it up? |
| 9 | A | Hmm-hmm. |
| 10 | Q | Now how did you -- did you use the pry bar to tie |
| 11 | | that higher too?  Is that the procedure? |
| 12 | A | No, I had to lift it.  It was on my knees |
| 13 | | alongside it.  I was trying to lift it because I |
| 14 | | had to weave the chain around it. |
| 15 | Q | So you're down, in other words, and you're trying |
| 16 | | to lift it.  What are you pushing up or something? |
| 17 | A | Well like this.  You know, lifting upward with my |
| 18 | | hands. |
| 19 | Q | Okay.  And chaining, holding it probably with one |
| 20 | | hand and you probably would have been holding it |
| 21 | | with your left hand maybe and chaining it with |
| 22 | | your right hand? |
| 23 | A | Well, no, I lifted it up and got it from the wedge |
| 24 | | with that block to get it up as high as it would |

1        go.

2    Q   Okay.

3    A   And then weave the chain around it.

4    Q   So you wedged it up?

5    A   Yeah.

6    Q   And once it was up then you didn't have to hold it

7        and chain it?

8    A   No, no.

9    Q   Then you said, you know, you were able to drive

10       back, you know, from West Warren and you reported

11       it to Dick Roth.  Regarding the medical treatment,

12       what medical treatment have you received?

13   A   Uhm, I went into work on Thursday morning.  Dick

14       told me that there was just no sense in me being

15       there.  And he said go home.  He said call when

16       you've had time to rest.  And on Friday morning I

17       called him and I said I've just had an awful day.

18       I said I'm going to the doctor's.  So I told him

19       that I didn't want to sit in a hospital all day,

20       you know.  So my personal care physician he has an

21       emergent care facility at his office.  So I went

22       there.  I was examined and he prescribed Valium,

23       Percocet.  I was told walk.  That was about it.

24       And I think she's, let's see, a nurse practitioner

1   said I had a regularly scheduled physical due on

2   Wednesday morning.  So she said well you can see a

3   doctor on Wednesday.  So I went back yesterday.

4   And he told me that the injury was not spinal.

5   Oh, before that on Friday he sent me to Mercy

6   Hospital for some x-rays.  And I guess they were

7   okay because they told me the injury was not

8   spinal, it's musculature.  And he said the muscles

9   just like fall apart like a tear, a fibrous tear.

10  And he just keep doing what you're doing, a lot of

11  heat.  And he told me to come back on the 27th to

12  see him again.

13  Q   Okay.  Paul, have you ever been injured on or off

14      the railroad before?

15  A   On the railroad.  Off the railroad.

16  Q   Can you just tell me basically the body parts?  I

17      don't need to know the circumstances.

18  A   On the railroad?

19  Q   Yeah.

20  A   I crushed this finger.

21  Q   Your right index finger?

22  A   Yeah.  And I sprained my right ankle.  I sprained

23      a wrist.  I fell once.  It was just abrasions.

24      That's it.

1    Q    And off the railroad have you had any injuries?

2    A    I had a car accident in 1993.  And that was my

3         neck.

4    Q    Now have you recovered from those injuries?

5    A    Yeah.

6    Q    And you returned to work and you haven't had any

7         problem, you know, working as a result of these

8         injuries.  One other thing I didn't ask you.  Do

9         you have a job, do you work a job off the railroad

10        or run a business or anything like that?

11   A    No.

12   Q    Paul, can you think of anything else regarding the

13        incident?  Did we pretty much cover it?

14   A    Yeah.

15   Q    Now what safety equipment were you wearing at the

16        time?  Were you wearing gloves?

17   A    Gloves, hard hat, safety glasses, steel tip shoes.

18   Q    Did you -- the ground conditions where this

19        occurred, was that on pavement at the crossing or

20        were you on a ballast?

21   A    I think I was standing -- it's a short crossing

22        and I would think the truck took the entire length

23        of the crossing.  So I was standing, I was near

24        the ballast at times.

1    Q    Did you in any way during this slip or trip or,

2         you know, look down at the ground conditions as

3         you were doing this that it might have impacted,

4         you know, what happened?

5    A    I don't think so.

6    Q    You don't recall slipping in --

7    A    Like gravel?

8    Q    Yeah, like anything with the ground conditions.

9         In other words, as you were doing it, you know,

10        your foot fell from under you or something causing

11        it?

12   A    No.

13   Q    Paul, have all the answers you've given me been

14        true and correct to the best of your knowledge?

15   A    Yes.

16   Q    And again was this recording made with your full

17        knowledge and permission?

18   A    Yes.

19            MS. SAVOIE:  Okay.  It's approximately 11:25

20        a.m.   Thank you, Paul.

21            MR. PAPADASKI:   Thanks.

22                        ( Whereupon, the statement was

23        adjourned at 11:25 a.m.)

24

1                    C E R T I F I C A T E

2        I, Daryll P. Watts, Shorthand Reporter, do hereby

3     certify that the foregoing Pages 3 through 21 to

4     be a true, complete and accurate transcript RE:

5     Recorded Statement of Paul Papadakis, held at the

6     time and place here and before set forth, to the

7     best of my knowledge, skill and ability.

8

9

10

11     _____

       Daryll P. Watts
12     Notary Public

13

14

15

16

17

18

19

20

21

22

23

24