# EXHIBIT E

NOV 29 '01 09:29 FR                          904 359 3175 TO 82456675            P.01/03
CSX 437 2001  06:00 AM  518-2456959          DE OFFICE
                                                                                 PAGE 81



SJI-INDEMNITY
FORM PI-1A ADV
REV 699

**EMPLOYEE'S INCIDENT REPORT**

## INSTRUCTIONS FOR FORM PI-1A

1. This report will be completed by the employee as soon as possible after an accident/incident. If the employee is unable to complete this form, it may be typed or written by another employee; the employee must initial each answer entered in this manner.

2. Completed Form PI-1A Form will be furnished to the employee's supervisor who, after review of the report and seeing that it is complete and signed, will fax and then mail the original to the reporting office in Jacksonville.

3. Supervisor will furnish the claims representative, in whose area of responsibility the accident/incident occurred, a copy of this report.

| INCIDENT NUMBER | | EMPLOYEE NAME | ID NUMBER | SOCIAL SECURITY NO. |
|---|---|---|---|---|
| 01 | | PAUL T. PAPADAKIS | 08  788224 | 04  023384947 |

| ADDRESS | | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|
| 05  3? CAROL LANE | FEEDING HILLS | MA. | 01030 | (413)7866158 |

| DATE OF BIRTH | AGE | OCCUPATION | DEPARTMENT | SUPERVISOR |
|---|---|---|---|---|
| 06  2 4 48 | 07 53 | T&R FOREMAN | 09 MW | 10 R. ROSS |

| DATE HIRED | NUMBER CONSECUTIVE DAYS WORKED | NUMBER OF HOURS OFF PRIOR TO TOUR OF DUTY | |
|---|---|---|---|
| 11  10 12 69 | 12  3 | 12a  15½ | |

| INCIDENT LOCATION | INCIDENT CITY | INCIDENT COUNTY | INCIDENT STATE |
|---|---|---|---|
| 13  WEST WARREN | 14  WEST WARREN | 15  WORCESTER | 16  MA. |

| SUBDIVISION | DIVISION | INCIDENT DATE | INCIDENT TIME | VISIBILITY |
|---|---|---|---|---|
| 17  11.0 | 18  ALBANY SERVICE LANE | 19  Mo 6  Day 13  Yr. 01 | 20  5:00  ☐ AM ☒ PM | 21 ☐ Down ☒ Daylight  ☐ Dawn ☐ Dusk |

| WEATHER | | | NATURE OF COMPLAINT |
|---|---|---|---|
| 22 ☒ Clear ☐ Rain | ☐ Sleet ☐ Fog | ☐ Snow | 23  LOWER BACK |

WAS MEDICAL TREATMENT PROVIDED?  ☐ ... If Yes, Name & Address of Physician:
24  INTERNAL MEDICINE
377 WALNUT ST. EXT. PO BOX 788
AGAWAM, MA. 01001

KIND OF TREATMENT RECEIVED
25  NOBLE HOSPITAL FOR X-RAYS          WAS PRESCRIPTION MEDICATION INCLUDED IN TREATMENT? ☒ YES ☐ NO

DESCRIBE THE INCIDENT
26  I HAD JUST COMPLETED AN INSPECTION FROM MP 127-74. WHEN I WAS LIFTING LEFT FRONT HI-RAIL WHEEL WITH BAR. THE GEAR ASSEMBLY BROKE TO RAISE WHEEL I HAD TO USE A LINING BAR AS A LEVER THEN BLOCK WHEEL WITH 4" WOOD BLOCK AT SAME TIME. WHEN I REACHED DOWN W/BLOCK I FELT SOMETHING SNAP IN MY LOWER BACK

IS THIS AN INJURY?
27 ☐ Yes ☒ No

WILL INCIDENT RESULT IN LOST WORK DAYS?
28 ☒ Yes ☐ No  How Many? ... 1 ...

WAS ANYONE AT FAULT?
29 ☐ Yes ☒ No  If Yes, Who and in What Extent?

DID DEFECTIVE TOOL OR EQUIPMENT CAUSE INCIDENT?
30 ☒ Yes ☐ No  If Yes, Describe Defective Device  HY-RAIL MECHANISM

## ADDITIONAL SPACE FOR REPORT INFORMATION

_____

_____

_____

_____

_____

_____

_____

_____

_____

DID EMPLOYEE HAVE A SAFE PLACE IN WHICH TO WORK?
31. ☐ Yes ☐ No — If no, Describe Safety Hazard

WAS THE WORKPLACE ADEQUATELY LIGHTED?
32. ☐ Yes ☐ No — If no, Describe Condition

WAS EMPLOYEE FAILURE TO GIVE SIGNAL OR NECESSARY PROTECTION?
33. ☐ Yes ☐ No

IF ON-TRACK EQUIPMENT WAS INVOLVED, GIVE INITIALS AND NO'S.
34. TC 500285

LOCATION WHERE EMPLOYEE NORMALLY REPORTS.
NAME OF FACILITY WEST SPRINGFIELD YD.

35. STREET 1524 WESTERN AVE.     |CITY W. SPRINGFIELD     |STATE MA. |ZIP 01089

NAMES AND ADDRESSES OF WITNESSES TO THE INCIDENT

EMPLOYEE SIGNATURE
37. Paul T. Papalili
DATE
39. 6/15/01

WITNESS TO EMPLOYEE SIGNATURE
38.
NAME OF SUPERVISOR NOTIFIED
40.

## MEDICAL INFORMATION RELEASE

I hereby authorize the release of all medical information, reports and other medical data by any doctor, hospital, examiner or other health care providers relative to the injury(ies) sustained in this accident to the Chief Medical Officer and any other appropriate officer or representative of CSX TRANSPORTATION. A photocopy of this authorization is as valid as the original.

NAME & HEALTHCARE # 023600
SPECIFY YOUR HEALTH CARE COVERAGE IDENTIFIED ON YOUR INSURANCE CARD.

SIGNATURE OF EMPLOYEE
Paul T. Papalili          6/15/01
DATE

**IF YOU "DO NOT" WISH CSXT TO PAY THE TOTAL AMOUNT OF ANY MEDICAL BILLS RELATED TO THIS INJURY, PLEASE "CAREFULLY" READ THE FOLLOWING PAGE.**

JUN 25 '01 06:21