UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

------------------------------------------------------X
PAUL T. PAPADAKIS,
    Plaintiff,

                                                       C.A. No. 04-30189-MAP

    v.

CSX TRANSPORTATION, INC.,
    Defendant.
------------------------------------------------------X

**MOTION TO EXTEND PERIOD IN WHICH PARTIES ELECT TO
PROCEED IN FRONT OF A MAGISTRATE JUDGE**

Now comes the Plaintiff, Paul Papadakis, in the above titled action and respectfully requests an order to extend the period in which the parties can exercise their election to proceed to trial before Magistrate Judge Neiman. At the Final Pre-Trial Conference the Court set a date of May 15, 2006 as the date upon which the election should be exercised, the parties are working to reach a consensus on this issue, and respectfully ask that the deadline be extended to May 22, 2006. This motion has been assented to by the Defendant.

                                                    Respectfully submitted,
                                                    Paul T. Papadakis
                                                    By his attorney,

                                                    _____
                                                    Robert M. Byrne Jr.
                                                    BBO# 028620
                                                    Thornton & Naumes LLP
                                                    100 Summer St. 30th Fl.
                                                    Boston, MA. 02110
                                                    (617)-720-1333