1  unusual regarding the condition, at least by

2  observation, of any of the four wheels, high-rail

3  wheels on the vehicle?

4  A.     I don't recall anything being unusual.

5  Q.     Okay, do you have any memory of the use of

6  any chain in connection with the position of any of

7  the high-rail wheels on the vehicle?

8  A.     The only thing I remember about a chain is

9  they said this wheel was chained up, but I don't

10 remember us taking a chain off.

11 Q.     Okay.  Just to complete the thought then,

12 other than the bill that would have been completed

13 for purposes of charging for the 15 minutes of your

14 time to perform the inspection --

15 A.     I probably didn't bill them.

16 Q.     You didn't bill them?

17 A.     I do a lot of work for them that I don't bill

18 them for.

19 Q.     Okay, unless there was some part you have to

20 pay for?

21 A.     Yeah.

22 Q.     Yeah.

23 A.     I mean they come and get oil and everything