**RICHARD J. ROSS**
**May 3, 2005**

Page 95

1  use?
2       A.    That never came up.  That never
3  came up.
4       Q.    Was it ever told to you by anyone
5  that any of the cam mechanisms on the guide
6  wheels on this particular truck had rotated over
7  center?
8       A.    In the investigation that's what
9  was determined.  I think any hy-rail vehicle it
10 can happen.
11      Q.    It can certainly happen if you use
12 the wrong bar and rotate the cam beyond the stop
13 channel?
14            MS. MACHACEK:  Objection.  You can
15      answer.  Is that a question?
16      Q.    (By Mr. Byrne)  Yes, it is.
17      A.    Yes, and it can also happen if you
18 derail the thing which Paul did not do.  He did
19 not derail after looking at this statement.
20      Q.    Other than the two narrative
21 reports that I've shown you, one yours and one
22 apparently Mr. Papadakis, do you recall ever
23 seeing any other written reports that document
24 the events of June 13, 2001?

RICHARD J. ROSS
May 3, 2005

Page 96

1   A.   There probably is more.  This is an
2   incident, this is an employee statement.
3   There's probably another report or two.
4
5   (Exhibit Number 7, 3-paged events report,
6   marked)
7
8   Q.   (By Mr. Byrne)  We're up to number
9   seven, two pages.  Can you tell me what that is?
10  A.   This is in my handwriting and
11  another -- this is filled out by myself.  Where
12  is the actual form?  It's part of a report I
13  would imagine.
14  Q.   Let me show you another page, maybe
15  I wasn't aware that that was part of the form.
16  Would that be part of it as well, sir?
17  A.   Very well could be, yeah.
18  Q.   Is it your memory that the document
19  that I've handed you which is obviously a
20  photocopy is actually a copy of a three-paged
21  form?
22  MS. MACHACEK:  Objection.  I'm not
23  sure that this document is a three-paged
24  document.

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

**RICHARD J. ROSS**
**May 3, 2005**

Page 97

```
 1           MR. BYRNE:  I'm not either that's
 2   why I was asking.
 3           THE WITNESS:  I'm not sure.
 4      Q.   (By Mr. Byrne)  At least two of the
 5   three pages you have in your hands were
 6   documents prepared by you regarding the events
 7   at the crossing experienced by Mr. Papadakis?
 8      A.   Yes.
 9      Q.   And, again, there's no mention in
10   those pages that were prepared by you which were
11   marked Exhibit 7 that Mr. Papadakis derailed his
12   hy-rail vehicle?
13      A.   He did not derail.
14           MS. MACHACEK:  Can we go off for a
15   second?
16           MR. BYRNE:  Sure.
17
18           (Discussion off the record)
19
20           MR. BYRNE:  Back on the record.
21      Q.   (By Mr. Byrne)  We'll clarify
22   something, sir, with regard to Exhibit 7.  How
23   many pages do you believe make up Exhibit 7 in
24   the format which you've completed it?
```