UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------X      CIVIL ACTION
PAUL T. PAPADAKIS,                                      NO.: 04-30189-MAP
                                          :
            PLAINTIFF
                                          :
VS.
                                          :
CSX TRANSPORTATION,
                                          :
            DEFENDANT
-------------------------------------------------X
```

**PLAINITFF'S SUPPLEMENTAL EXHIBIT LIST**

**EXHIBIT NO. 14:** Lining bar of the type used by the Plaintiff to lever the hy-rail wheel in the up position.

**EXHIBIT NO. 15:** Wooden block of the dimensions and weight of the one used by the Plaintiff at the time of the incident to support the hy-rail wheel.

**EXHIBIT NO. 16**: Defendant's Response to Plaintiff's Rule 36 Request for Admissions.

Respectfully submitted,

*/s/ Robert M. Byrne*
Robert M. Byrne, Jr.
THORNTON & NAUMES, LLP
100 Summer Street
Boston, MA 02110
(617) 720-1333
BBO#: 068620

Certificate of Service

I hereby certify that on November 29, 2006, I served the foregoing Plaintiff's Supplemental Exhibit List electronically, to:

Michael B. Flynn, Esq.
Flynn & Associates, PC
400 Crown Colony Drive, Suite 200
Quincy, MA 02169

Robert M. Byrne, Jr., Esq.