# Exhibit "D"

Richard L. Sanderson
December 5, 2005

1

Volume I, Pages 1-292

Exhibits 1-8

UNITED STATES DISTRICT COURT

for the

DISTRICT OF MASSACHUSETTS

---------------------------

PAUL T. PAPADAKIS,

    Plaintiff,

v.                  C.A. NO.:  04-30189-MAP

CSX TRANSPORTATION, INC.,

    Defendant.

---------------------------

DEPOSITION OF:  RICHARD L. SANDERSON

FLYNN & ASSOCIATES, P.C.

400 Crown Colony Drive, Suite 200

Quincy, Massachusetts

December 5, 2005      10:45 a.m.

REPORTED BY: SONYA LOPES/CSR

83

1     A.    Yes.

2     Q.    Did you exchange anything written with

3     Mr. Papadakis?

4     A.    No.

5     Q.    Did you exchange any e-mails with him?

6     A.    No.

7     Q.    Did you make any notes of your conversation

8     with him?

9     A.    No.

10    Q.    Did you create any memoranda summarizing

11    those --

12    A.    No.

13    Q.    -- the conversations?

14    A.    No.

15    Q.    So there's no written record of what he

16    said to you or what you said to him?

17    A.    No.

18    Q.    What's your best recollection of what he

19    told you about how the accident occurred?

20    A.    Well, my best recollection?  My best

21    recollection would be that he told me that when he

22    was raising the Hy-Rail in the front that he tried

23    to put it up into the lock position but when he did

24    that it would fall down.

84

1    Q.   So this is when he was trying to put the --

2    A.   Hy-Rail gear.

3    Q.   -- into the highway position?

4    A.   That he would push down on the bar to put

5  it up into that locking position, but it would fall

6  right back down again.

7    Q.   By the way, sir, you've never inspected the

8  actual device that was involved in Mr. Papadakis's

9  case, have you?

10    A.   No.

11    Q.   You've never even seen it; correct?

12    A.   No.

13    Q.   You've never seen it?

14    A.   I've never seen it.  That's correct.

15    Q.   What else did he tell you -- so then go on.

16  What else did he tell you?

17    A.   And then he said -- let me see.  He said he

18  was at the crossing, he tried to raise the Hy-Rail

19  unit, it went up to the top and fell back down and

20  it happened a couple of times.  And he was not able

21  to lock it into the position.  And then he said

22  somehow he had chained the wheel up with a chain,

23  and that was pretty much it.  And that was it.

24    Q.   When did he say that he got hurt?

1     A.    I don't think he ever did to me.

2     Q.    Did you ask him about the history -- his

3     history with the device?

4     A.    No, I didn't.

5     Q.    Did you ever ask him if he had any problems

6     with the device?

7     A.    No, I didn't.

8     Q.    Did you ask him if he had the manual?

9     A.    I did not, no.

10    Q.    Did you ask him if he received any training

11    about the Hy-Railer?

12    A.    Yes, I did.

13    Q.    What did you ask about that?

14    A.    I asked if he knew the procedures to, you

15    know, to work on the Hy-Rail and, you know, get it

16    back.

17    Q.    In other words, you asked if he knew --

18    A.    Over centre.  I mean, we're getting ahead

19    of ourselves.

20    Q.    Why?

21    A.    Because you asked me something in the

22    beginning.  What I'm saying is I didn't explain --

23    he told me.  Then I told him.

24    Q.    What did you tell him?

86

1       A.    Okay.  Going back to the very beginning, I

2    never -- we never finished that conversation, if you

3    can understand what I'm saying.  He told me, you

4    know, that that happened, he pushed the bar.  And

5    what I said was I don't see how that could happen.

6    I don't see how, you know, when he pushed the bar up

7    that the wheel would fall.  I said the -- and why it

8    would not lock.

9       Q.    Wait a minute.  Is that still your

10   professional opinion?  Is it still your professional

11   opinion that the way he described it to you could

12   not happen?

13      A.    To raise the wheel, no.  The way the wheel

14   fell, yes.

15      Q.    So make sure the record is clear.  He says

16   to you I'm trying to put it back up, I got the bar

17   in the lower socket, I'm pushing down, the wheel's

18   coming all the way up and falling back down.

19      A.    That's what he told me, yes.

20      Q.    It's your opinion that that could not

21   happen; correct?

22            MR. BYRNE:  Objection.  Go ahead.

23   BY MR. FLYNN:

24      Q.    Correct?

87

```
 1     A.   Yes.

 2     Q.   And you explained that to him in your

 3   conversation with him even before you -- before you

 4   became involved with Mr. Gailor; correct?

 5     A.   Yeah.  Yes.  I'd say so.

 6     Q.   I think you just told me you said to him I

 7   don't see how that could happen.

 8     A.   Yeah.  Yeah.

 9     Q.   That's still your opinion; correct?

10     A.   Yes.  Yes.

11     Q.   What was the next part of that

12   conversation?

13     A.   And then I said -- then he took off, said

14   he had to chain the wheel up to lock it.  And I said

15   well, to me it sounds like it's overcammed.

16     Q.   So you told him that?

17     A.   That was my suggestion, yes.

18     Q.   You said that it sounds like it's

19   overcammed?

20     A.   Yes.  I said that.

21     Q.   Which was completely different from what he

22   described to you; correct?

23          MR. BYRNE:  Objection.

24     A.   No.
```

88

1    BY MR. FLYNN:

2        Q.   Let me ask you this, sir.  If he's putting

3    it up to the highway position, the guide wheel is

4    rotating back toward the vehicle; correct?

5        A.   It's going into the stored position.

6        Q.   Which is back toward the vehicle; correct?

7        A.   Toward the tire.

8        Q.   We know what it looks like here.  There's

9    an arm -- there's an axle that comes out from the

10   socket; correct?

11            MR. BYRNE:  Objection.

12       A.   There's a socket.  There's two sockets.

13   BY MR. FLYNN:

14       Q.   There's two sockets, one on the top, one on

15   the bottom.

16       A.   The one on the bottom would be the one he

17   would use to store it.

18       Q.   The socket ratchet, essentially, is an axle

19   which goes out from the ratchet to the pivot arm at

20   the end of which is the guide wheel; correct?

21            MR. BYRNE:  Objection.

22       A.   There is a Hy-Rail gear.  And attached to

23   the Hy-Rail gear is a subassembly with a lower

24   socket which attached to that is the arm that