# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL T. PAPADAKIS | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| V. | ) Case No: 3:04-CV-30189-KPN |
| | ) |
| CSX TRANSPORTATION, INC. | ) |
| | ) |
| *Defendant* | ) |

**SETTLEMENT ORDER OF DISMISSAL**

The Court, having been advised by counsel for the defendant on 12/21/06 that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within THIRTY (30) DAYS to reopen the action if settlement is not consummated by the parties.

DATED December 21, 2006

**SARAH A. THORNTON**
CLERK

BY: /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk